**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s): **Frank Jarvis Atwood**

**Defendant**(s): **David Shinn , ADCRR Director; James Kimble , Warden, ASPC-Eyman; Jeff Van Winkle , Warden, ASPC - Florence; Lance Hetmer , ADCRR Assistant Director for Prison Operations**

County of Residence: Pinal

County of Residence: Maricopa

County Where Claim For Relief Arose: Pima

Plaintiff's Atty(s):

**Joseph Perkovich**
**Phillips Black, Inc**
**PO Box 4544**
**New York, New York  10163**
**212-400-1660**

Defendant's Atty(s):

**Jeffrey Sparks , Acting Chief Counsel, Capital Litigation Section** (David Shinn , ADCRR Director; James Kimble , Warden, ASPC-Eyman; Jeff Van Winkle , Warden, ASPC - Florence; Lance Hetmer , ADCRR Assistant Director for Prison Operations)
**Arizona Attorney General**
**2005 N. Central Ave**
**Phoenix, Arizona  85004**
**602-542-4686**

**Amy Pickering Knight**
**Knight Law Firm, PC**
**3849 E Broadway Blvd #288**
**Tucson, Arizona  85716**
**520-878-8849**

**Brad Keogh , ADCRR General Counsel** (David Shinn , ADCRR Director; James Kimble , Warden, ASPC-Eyman; Jeff Van Winkle , Warden, ASPC - Florence; Lance Hetmer , ADCRR Assistant Director for Prison Operations)
**1601 West Jefferson St**
**Phoenix, Arizona  542-5497**
**602-542-5497**

<u>II. Basis of Jurisdiction</u>:          **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal
Parties **(Diversity Cases Only)**

Plaintiff:- **N/A**

Defendant:- **N/A**

IV. Origin :                       **1. Original Proceeding**

V. Nature of Suit:             **550 Civil Rights**

VI.Cause of Action:          **42 U.S.C. § 1983 (First Amendment Establishment and Free Exercise clause violations in execution procedures); 42 U.S.C. § 2000cc (Religious Land Use and Institutionalized Persons Act violation in execution procedures)**

VII. Requested in Complaint

Class Action: **No**

Dollar Demand: **Injunctive & Declaratory relief only**

Jury Demand: **No**

VIII. This case **IS RELATED** to Case Number **4:98-cv-00116-JAS** assigned to Judge **Soto.**

**Signature:** **Amy P. Knight**

**Date:** **4/13/2022**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**