# Arizona Department of Corrections
# Rehabilitation & Reentry





1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov

DOUGLAS A. DUCEY
GOVERNOR

DAVID SHINN
DIRECTOR

June 30, 2021

VIA EMAIL    j.perkovich@phillipsblack.org

Joseph J. Perkovich, Esq.
Phillips Black, Inc.
P.O. Box 4544
New York, New York 10163

Re:  Department Order 710

Dear Mr. Perkovich:

I write in response to your letter dated June 16, 2021, wherein you request further information about Department Order 710 and the execution process. For ease of reference, I will answer your six questions in the same sequence in which you asked them.

As to your first and second inquiries about the role and access of clergy during the execution process, ADCRR answered these questions from the Federal Public Defender via correspondence dated May 17, 2021, a copy of which is attached hereto.

As to your third and fourth inquiries seeking an inspection of Housing Unit 9 and the single-person cell at the Browning Unit, ADCRR does not conduct pre-execution tours of these high-security areas. The single-person cell at the Browning Unit is ADA-compliant, which addresses what you characterize is "the need for accommodations and equipment to ensure Mr. Atwood's safety within the cell."

As to your fifth inquiry about "regular access to a shower [and]…to outdoor exercise", as you acknowledge, Department Order 710, § 7.2.10 provides for the continuance of "outdoor exercise and showers, non-contact visits and phone calls per the current schedule for other Death Row inmates in Browning…." Inmate Atwood therefore will receive these same privileges (which will include an ADA-compliant shower) that are provided to all other similarly situated Death Row inmates.

As to your sixth inquiry about whether ADCRR "anticipate[s] further amendment to clarify the Lethal Gas element of its current protocol", there is no need to "clarify" Department Order 710. Attachment D governs the lethal injection protocol and clearly and unambiguously provides in Paragraph D(3) that "the inmate will be brought into the execution room and secured on the table", which is consistent with § 13.5.2.1 and § 13.5.2.3, which likewise clearly and unambiguously respectively provide that the Execution Restraint Team will "prepare the inmate for escort into the execution chamber" and that the inmate "is secured on the

Joseph J. Perkovich, Esq.
June 30, 2021
Page 2 of 2

execution table." Similarly, Attachment E governs the lethal gas protocol and clearly and unambiguously provides in Paragraph 2 that the inmate "shall be brought into the execution room and placed in the Chamber and strapped in the chair by the Restraint Team."

If you have any further questions, please direct them to my attention and I will endeavor to respond as promptly as is reasonably possible.

Sincerely,

*Brad K. Keogh*

Brad K. Keogh
General Counsel

Enclosure