

## Inmate Grievance/Informal Response Notice
## Non-Medical

**Inmate Name:** FRANK ATWOOD

**ADC#:** 62887

**Prison/Unit:** EYMAN/EYMAN BROWNING

**Bldg/Bed:** A27 WG3G031B

### Case #:22-035908

## Informal Complaint

**Type:** Informal Response

**Date Received:** 01/04/2022 09:54 AM

**Response Author:** COIII MONSIBAIS

**Responded On:** 01/18/2022 09:11:37 AM

**Decision:**

## Case Details

**Case Number:** 22-035908

**Grievance Status:** Open

## Case Data

**Prison of Complaint:** EYMAN

**Unit of Complaint:** EYMAN BROWNING

**Opened Date:** 01/04/2022 09:54 AM

**Grievance Stage:** Informal Submitted

**Grievance Category:** Policy/Department Orders

## Informal Grievance Response

**Grievance Date:** 01/02/2022 12:00:00 AM

**Issue:** Clergy present during execution

**Response Due:** 01/26/2022 09:54 AM

**Responder:** COIII MONSIBAIS

**Response:** This is in response to your informal complaint regarding your request to have your clergy at your side during execution in which you mention is necessary based on your religious beliefs. 710 – Execution Procedures 2.1.3.1.1 Inform the inmate that two clergy and five other persons may be invited to be present at the execution. Policy allows for clergy to be present as a witness during execution but does not give permission to allow clergy to be at your side during execution. Your request to have clergy at your side during execution cannot be resolved at my level.

☐ Unprocessed

**Officer's Name:** COIII MONSIBAIS

**Notice:** If you are dissatisfied with the Informal Complaint Response, you may file a formal grievance (form 802-1 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by:
• Placing a single complaint on a single inmate Grievance form.

> **NOTE:** If multiple unrelated issues are on a single form or if a duplicate complaint is filed, the grievance shall be rejected and returned unprocessed.