

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance

| RECEIVED BY | |
|---|---|
| STRAVA | |
| TITLE | |
| COII | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |
| 8453 | 1/19/22 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Atwood, Frank J. | 062887 | 01-19-2022 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| ASPC-E/Browning | 22-035908 |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the Inmate)

As stated in the Informal Complaint Resolution, my religious needs require that during my execution, and at the time of my death, that I am able to speak directly with my priest and am able to have him lay hands on me. ADCRR Dept. Order 710 fails to provide these essential religious necessities and therefore violates my constitutional (1st Amendment) and congressional (RLUIPA) rights to freely exercise my religion.

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

My atty. has contacted the ADCRR general counsel & I filed an Informal (attchd w/ COIII response) for resolution attempts. To resolve, please grant that my spiritual advisor (Father Paisios) shall be physically present with me in the execution chamber during my execution for administering last rights by speaking directly to me and laying hands on me. Thank you!

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [signature] | 1/19/22 | | |

| Action taken by | Documentation of Resolution or Attempts at Resolution |
|---|---|
| | |

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13