*ARIZONA DEPARTMENT OF CORRECTIONS,*
REHABILITATION AND REENTRY
ARIZONA STATE PRISON COMPLEX
EYMAN / BROWNING UNIT

TO: ATWOOD, FRANK ADC # 062887   LOC: 3G31

FROM:   R. Brier, Correctional Officer IV – Grievance Coordinator

Date: 02/04/2022

SUBJECT:   Unprocessed Inmate Grievance #22-035908

The Inmate Grievance you submitted does not constitute a grievance. This is not a response to your Inmate Grievance. Your Inmate Grievance is being returned unprocessed because you failed to follow the grievance procedure per Policy as noted below:

( )   You did not provide proof of submitting the Informal Resolution to your assigned COIII.
( )   You did not submit the Informal Resolution 802-11 within 10 working days of the action that caused the complaint and no proof of you Informal complaint can be found within ACIS.
( )   You are past time frames (5 working days) from the date you received your assigned COIII response to your informal for filing a grievance. Your due dates were between. You filed your grievance on.
( )   You are past the time frames (5 working days) for filing an appeal. Your due dates were between. You filed your grievance on.
( )   You failed to fill out your grievance form properly.
( )   Used incorrect forms/have used the forms incorrectly.
( )   The grievance is repetitive.
( )   You did not provide original copies of documentation essential to the resolution (i.e. Inmate letter, COIII inmate letter response to informal resolution, property forms, store receipts, etc.).
( )   Inmates shall, in writing, specify what attempts were made to resolve the complaint (i.e.: the names of any staff members contacted, how the inmate was harmed, the reasons why the complaint remains unresolved, what would resolve the complaint, etc.).
( )   Your Grievance contained more than one complaint. Only one complaint per grievance is allowed.
( )   You have been previously served with a letter that you have abused the Inmate Grievance System and that any future grievances will be assigned a number and returned with no answer and will not be subject to appeal.
( )   You may only use the grievance process for the following issues: property, staff, visitation, mail, food service, institutional procedures, Department written Instructions, programs access, health care, religion and conditions of confinement.
( )   Computation issues shall be addressed first by submitting an inmate letter to the inmate's assigned Institution Offender Information Unit.
( )   Inmates may not use the inmate grievance system for classification, discipline issues, or any other system that has its own unique appeal process.
(X)   **Other: This is in the ARS codes. Your Inmate Grievance for this case was unprocessed due to judicial proceedings or decision of the courts. You cannot submit a Grievance Appeal.**
( )   Other:

NOTE: All original time frames still apply. You must submit grievances per policy D.O. 802 (October 16, 2016).
For Grievance ~~Appeal~~ paperwork dated 1-19-2022.