# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

*The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.*

*(To be completed by staff member initially receiving appeal)*

Received by: _____
Title: _____
Badge #: _____
Date: _____

**PLEASE PRINT**

| Inmate's Name (Last, First, M.I.) | ADC No. | Date |
|---|---|---|
| Atwood, Frank J | 062887 | 02-06-2022 |

| Institution | Case Number |
|---|---|
| ASPC-E/Browning | 22-035908 |

TO: Grievance Coordinator for Director Shinn

I am appealing the decision of **CO.IV R. Brier** for the following reasons:

On 2/4/22 CO.IV Brier alleged the issue of a spiritual advisor in the death chamber during execution was a matter of ARS codes and judicial proceedings so my grievance was unprocessed. I had grieved Dept. Order 710 disallowance of my spiritual father to conduct last rites (speak directly to me & lay hands on me) during execution. Please process this grievance appeal and authorize Father Paisios' presence in the death chamber with me when I am being executed.

Inmate's Signature: [signed] Date: 2/6/22

Grievance Coordinator's Signature: _____ Date: _____

Response To Inmate By: _____ Location: _____

Staff Signature: _____ Date: _____

DISTRIBUTION:
INITIAL: White & Canary - Grievance Coordinator
Pink - Inmate
FINAL: White - Inmate
Canary - Grievance File

802-3
7/13/09