SC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>Defendants. | No.   CV 22-00184-TUC-JAS<br><br>**ORDER** |

Plaintiff Frank Jarvis Atwood, who is confined in the Arizona State Prison Complex-Eyman, has filed through counsel a civil rights Complaint pursuant to 42 U.S.C. § 1983 (Doc. 1) and paid the filing and administrative fees.  Plaintiff's counsel filed the case in the Tucson Division, but because Plaintiff is held in the Eyman Complex, located in Pinal County, the Court will transfer the case from the Tucson Division to the Phoenix Division, to be assigned a Phoenix Division case number and assigned to a Phoenix Division judge.  *See* LRCiv. 77.1.

**IT IS ORDERED** that the Clerk of Court must transfer this case to the Phoenix Division to be assigned a Phoenix Division case number and judge, and administratively close the Tucson Division case.

**Dated this 14th day of April, 2022.**

Honorable James A. Soto
United States District Judge