| | |
|---|---|
| 1 | MARK BRNOVICH |
| | ATTORNEY GENERAL |
| 2 | (FIRM STATE BAR NO. 14000) |
| 3 | JEFFREY L. SPARKS |
| | ACTING CHIEF COUNSEL |
| 4 | CAPITAL LITIGATION SECTION |
| | 2005 N. CENTRAL AVENUE |
| 5 | PHOENIX, ARIZONA 85004 |
| | TELEPHONE: (602) 542–4686 |
| 6 | CLDocket@azag.gov |
| | (STATE BAR NUMBER 027536) |
| 7 | ATTORNEYS FOR DEFENDANTS |

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood | CV 22–00625–PHX–JAT (JZB) |
| Plaintiff, | |
| -vs- | **NOTICE OF APPEARANCE** |
| David Shinn, et al., | |
| Defendants. | |

Defendants hereby notice the appearance of Assistant Attorneys General, JEFFREY L. SPARKS, DAVID E. AHL, and LAURA CHIASSON, as Defendants' counsel of record for these proceedings. Please send all future orders and other correspondence to counsel at the address indicated at the top of this page.

DATED this 20th day of April, 2020.

                                  Respectfully submitted,

                                  Mark Brnovich
                                  Attorney General

                                  Jeffrey Sparks
                                  Acting Chief Counsel,
                                  Capital Litigation Section

                                  s/_____
                                  Assistant Attorney General
                                  Attorneys for Respondents

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2022, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

JOSEPH J. PERKOVICH, ESQ.
Phillips Black, Inc.
P.O. Box 4544
New York, NY 10163

j.perkovich@phillipsblack.org

AMY P. KNIGHT, ESQ.
Knight Law Firm, PC
3849 E. Broadway Blvd., #288
Tucson, AZ 85716–5407

amy@amyknightlaw.com

Attorneys for Plaintiff Frank Jarvis Atwood

s/Liz Gallagher

SQ54E99K0D0ACQ