

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Atwood, Frank J. | 062887 | ASPC-E/Browning | 01-02-2022 |

| TO | LOCATION |
|---|---|
| COIII Mansibais | George Cluster |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

My spiritual advisor is Father Paisios of the St. Anthony's Greek Orthodox Monastery in Florence. My lawyers contacted ADCRR general counsel to ask whether, if I am executed under DO710, Father Paisios would be permitted to be physically at my side during my execution. General Counsel replied that Father Paisios would be allowed in the witness room but would not be permitted not be permitted to be physically by my side during the execution. My religious beliefs require Father Paisios to stay by my side during my execution and to pray and administer last rites, including placing his hands on me and speaking to me. Preventing the clergy whom I designate to minister to me during my execution from having physical contact and speaking directly to me in administering my last rites unjustifyably interferes with the practice of my religion and violates my rights under the Free Exercise Clause of the First Amendment and substantially burdens the exercise of my religion in further violation of my rights under Federal law (e.g., Religious Land Use and Institutional Persons Act [RLUIPA], et al.).

Proposed Resolution: I request the Department issue to me in writing that, as the Department conducts my execution under DO710, the clergy whom I designate shall be permitted, in accordance with my religion in administering last rites, to be physically present with me, to sustain physical contact with me, and to speak with me.

**INMATE SIGNATURE:** [signature]   **DATE:** 1/3/22

Have you discussed this with institution staff?  ☒ Yes  ☐ No

If yes, give the staff member name: ADOCRR General Counsel

Distribution:   INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14