JOSEPH J. PERKOVICH, ESQ.
NY Bar No. 4481776
Phillips Black, Inc.
PO Box 4544
New York, NY 10163
Tel: (212) 400-1660
j.perkovich@phillipsblack.org

AMY P. KNIGHT, ESQ.
AZ Bar No. 031374
Knight Law Firm, PC
3849 E Broadway Blvd, #288
Tucson, AZ 85716-5407
Tel: (520) 878-8849
amy@amyknightlaw.com

Attorneys for Frank Jarvis Atwood

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>  Plaintiff,<br><br>  v.<br><br>David Shinn, Director, Arizona Department of Corrections Rehabilitation & Recovery; James Kimble, Warden, ASPC-Eyman; Jeff Van Winkle, Warden, ASPC-Florence; Lance Hetmer, Assistant Director for Prison Operations, Arizona Department of Corrections Rehabilitation & Recovery,<br><br>  Defendants. | NO. CV 22–00625–PHX–JAT (JZB)<br><br>**NOTICE OF FILING OF AMENDED COMPLAINT BY CONSENT**<br><br>**This is a capital case.** |

1

Pursuant to Civil Local Rule 15.1(b), Plaintiff Frank Jarvis Atwood hereby gives notice that he is concurrently filing an Amended Complaint. Counsel for the Defendants have consented to this amendment in writing. A version of the Amended Complaint indicating in what respect it differs from the original is attached to this notice.

DATED this 19th day of May, 2022.

/s/ *Amy P. Knight*
JOSEPH J. PERKOVICH
AMY P. KNIGHT
Attorneys for Frank Jarvis Atwood