IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>          Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>          Defendants. | No. CV-22-00625-PHX-JAT (JZB)<br><br>**ORDER** |

      Frank Atwood is scheduled to be executed on June 8, 2022. He filed this action to compel officials of the Arizona Department of Corrections, Rehabilitation, and Reentry (ADCRR) to allow his Greek Orthodox priest, Father Paisios, to be present at Plaintiff's side during his execution to pray and administer last rites, including placing his hands on Plaintiff and speaking to him directly, to accommodate Plaintiff's exercise of his religion. The Court ordered expedited service and Defendants moved to dismiss Plaintiff's Complaint as moot, contending that ADCRR's execution protocol, DO 710, was amended to expressly allow the religious accommodation sought by Plaintiff.

      Plaintiff has now filed an Amended Complaint[1], alleging that his faith also requires that he be permitted one hour with Fr. Paisios on the day of, but prior to, the actual execution, so that Fr. Paisios may tonsure him as an Orthodox monk prior to his death.

---

[1] Defendants' Motion to Dismiss was filed on April 25, 2022 (Doc. 10). Under Rule 15(a), any amended pleading filed as of right was due on May 16, 2022, and there is no basis to conclude Plaintiff is entitled to three additional business days for mailing. But because of the time-sensitive nature of this action, the Court will forego striking the amended pleading and requiring Plaintiff to file a motion to amend or a motion for extension of time.

Additionally, Plaintiff alleges that ADCRR has not confirmed it will accommodate his religious requests in the event he elects to be executed by lethal gas.[2] Based on these new allegations, Plaintiff presents three claims for relief, arguing ADCRR's execution protocol is not neutral toward his Greek Orthodox religion and violates the First Amendment's Establishment Clause and Free Exercise clauses. Further, Plaintiff claims ADCRR's action also violates the Religious Land Use and Institutionalized Persons Act of 2000 (RLUIPA). The Court will direct Defendants to respond to Plaintiff's Amended Complaint on an expedited basis. The Court notes, however, that Plaintiff has not filed a Motion for Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65(a). The Court will direct Plaintiff to file a Notice no later than May 25, 2022, indicating whether and when he intends to file an emergency motion for injunctive relief.

**IT IS THEREFORE ORDERED:**

    a. Plaintiff's Amended Complaint is deemed timely filed.

    b. Defendants' Motion to Dismiss (Doc. 10) is **denied as moot**.

    c. Pursuant to Federal Rule of Civil Procedure 15(a)(3) Defendants must answer Counts One, Two, and Three of the Amended Complaint (Doc. 15) or otherwise respond by appropriate motion by **May 25, 2022**.

    d. No later than **May 25, 2022**, Plaintiff must file a Notice indicating whether and when he intends to file an emergency motion for injunctive relief.

Dated this 19th day of May, 2022.

James A. Teilborg
Senior United States District Judge

---

[2] Pursuant to Ariz. Rev. Stat. § 13-757, Plaintiff is permitted to choose between lethal gas or lethal injection as the method of execution. Plaintiff contends he "has not as of yet elected between lethal injection and lethal gas because ADCRR has not provided him with a gas option that comports with the Arizona and United States constitutions."