1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

Frank Jarvis Atwood,

               Plaintiff,

   -vs-

David Shinn, et al.

              Defendants.

CV 22–00625–PHX-JAT (JZB)

CV 22–00860–PHX–JAT (JZB)

[PROPOSED] ORDER

Upon motion duly made and good cause appearing,

IT IS HEREBY ORDERED that *Atwood v. Shinn et al.*, No. 22-cv-00625 (D. Ariz.), and *Atwood v. Shinn et al.*, No. 22-cv-00860 (D. Ariz.) are consolidated under case number 22-cv-00860.

DATED this _____ day of May, 2022.

_____
Honorable James A. Teilborg
Senior United States District Judge