# EXHIBIT  A

**CHAPTER: 700**

**Operational Security**

<u>**DEPARTMENT ORDER:**</u>

**710 – Execution Procedures**

<u>**OFFICE OF PRIMARY RESPONSIBILITY:**</u>

**OPS**

<u>**Effective Date:**</u>

**June 13, 2017**

<u>**Amendment:**</u>

**April 20, 2022**

<u>**Supersedes:**</u>

**DO 710 (5/30/17)**

<u>**Scheduled Review Date:**</u>

**N/A**

<u>**ACCESS**</u>

☐ **Contains Restricted Section(s)**

# Arizona Department of Corrections Rehabilitation and Reentry



Department Order Manual

David Shinn, Director

# TABLE OF CONTENTS

**PURPOSE** ........................................................................................................1

**RESPONSIBILITY** ............................................................................................1

**PROCEDURES** ................................................................................................2

1.0     **DIRECTOR'S OFFICE RESPONSIBILITIES - NOTICE OF FILED WARRANT OF EXECUTION**...............2

2.0     **COMPLEX AND DIRECTOR'S OFFICE RESPONSIBILITIES** ..........................................2

3.0     **EXECUTION TEAM MEMBERS** ................................................................4

4.0     **COMMUTATION HEARING PROCEEDINGS** ......................................................9

5.0     **DESIGNATION OF WITNESSES BY DIRECTOR** .................................................10

6.0     **STATE AND LOCAL LAW ENFORCEMENT BRIEFING; SITE CHECKS** ..............................11

7.0     **THIRTY-FIVE DAYS PRIOR TO THE DAY OF EXECUTION – COMPLEX** ...........................11

8.0     **THIRTY-FIVE DAYS PRIOR TO THE DAY OF EXECUTION – CENTRAL OFFICE** ....................12

9.0     **TWENTY-ONE DAYS PRIOR TO THE DAY OF EXECUTION – CENTRAL OFFICE** .....................13

10.0    **FOURTEEN DAYS PRIOR TO THE DAY OF EXECUTION – CENTRAL OFFICE** ......................14

11.0    **TWO DAYS PRIOR TO THE DAY OF EXECUTION** ..............................................14

12.0    **TWENTY-FOUR HOURS PRIOR TO THE DAY OF EXECUTION** ...................................15

13.0    **TWELVE HOURS PRIOR TO AND THROUGH THE EXECUTION** ...................................15

14.0    **POST-EXECUTION** ........................................................................18

15.0    **PROCEDURES FOR NEWS MEDIA** ..........................................................19

**IMPLEMENTATION** ...........................................................................................21

**ATTACHMENTS** ............................................................................................21

**FORMS LIST** .............................................................................................21

**AUTHORITY** ..............................................................................................21

## PURPOSE

This Department Order establishes procedures for planning and carrying out the execution of a person convicted of a capital offense and sentenced to death. These procedures shall be followed as written, except that the Director of the Arizona Department of Corrections, Rehabilitation and Reentry (Director) is allowed to make limited deviations from or adjustments to these procedures when required to address certain unexpected or otherwise unforeseen contingencies, subject to the limitations on the Director's discretion as set forth herein. Except as expressly permitted herein, the Director shall not have any authority to deviate from or make adjustments to any material aspects of the execution process, including, but not limited to, the execution chemicals or dosages, consciousness checks, the access of the press and the inmate's counsel to the execution, and the timeframes established by this Department Order.

## RESPONSIBILITY

The Department ensures the execution of a person sentenced to death under State law by a court of competent authority and jurisdiction is carried out in keeping with statute, case law and professional practices.

The Department shall make every effort in the planning and preparation of an execution to ensure the execution process:

- Faithfully adheres to constitutional mandates against cruel and unusual punishment.
- Is handled in a manner that minimizes its impact on the safety, security and operational integrity of the prison and the community in which it occurs.
- Accommodates the public's right to obtain certain information concerning the execution.
- Reasonably addresses the privacy interests of persons as provided by law.
- Provides contingency planning to identify and address unforeseen problems.
- Allows for stays of execution, commutations and other exigencies up to the time that the sentence is imposed.
- Provides opportunity for citizens to exercise their First Amendment rights to demonstrate for or against capital punishment in a lawful manner.
- Ensures there is an appropriate response to unlawful civil disobedience, trespass and other violations of the law by any person attempting to interfere with the execution or the operation of the prison.

The Department shall detain, seek the arrest and encourage prosecution of persons whose conduct includes:

- Violating prohibitions against filming, taping, broadcasting or otherwise electronically documenting the execution of the inmate.
- Trespassing and otherwise entering upon Department property without authorization.
- Participating in unlawful demonstrations or unlawfully attempting to disrupt, prevent and otherwise interfere with the execution.
- Unlawfully threatening, intimidating and otherwise attempting to influence authorized persons involved in the execution process.
- These prohibitions apply to the inmate population as well as department personnel and members of the general public engaging or attempting to engage in disruptive and other prohibited behaviors.

Participating staff shall adhere to the Department's Code of Ethics and Guided Principles, evidencing:

- Appropriate levels of professionalism, restraint and courtesy when interacting with witnesses, demonstrators, attorneys, news media, state and local law enforcement and any other member of the public directly and indirectly involved with the imposition of the sentence of death.
- All assigned duties are performed proficiently and professionally.
- Their ability to exercise the option to withdraw from the process by the prescribed means at any time.
- Conduct that appropriately reflects the solemnity of the activities in which they elect to engage and the duties they choose to perform.
- Reserving public comment on any and all facets of the execution except as expressly provided in Department Order #201, Legal Services - Records Release.
- Any Department employee who learns of identifying information regarding any person who participates in or performs any function of an execution must keep that information confidential.

**IMPORTANT GUIDELINES REGARDING CONFIDENTIALITY AND VOLUNTARINESS OF PARTICIPATION IN AN EXECUTION:**

- The anonymity of any person, as defined in A.R.S. §1-215(28) and A.R.S. §13-105(30), who participates in or performs any ancillary function(s) in the execution, including the source of the execution chemicals, and any information contained in records that would identify those persons are, as required by statute, to remain confidential and are not subject to disclosure. A.R.S. §13-757(C).
- All team members serve on a strictly voluntary basis. At any point before, during or after an execution any team member may decline to participate or participate further without additional notice and explanation or repercussion.
- The Assistant Director for Prison Operations shall ensure all team members understand and comply with the provisions contained herein.

## PROCEDURES

### 1.0 DIRECTOR'S OFFICE RESPONSIBILITIES UPON NOTICE THAT THE STATE HAS FILED A MOTION FOR WARRANT OF EXECUTION

1.1 Upon notice from the Attorney General's Office that it has filed a Motion for Warrant of Execution in the Arizona Supreme Court:

1.1.1 General Counsel shall:

1.1.1.1 Notify the Director, Assistant Director for Prison Operations, the Wardens of ASPC-Florence and ASPC-Eyman or ASPC-Perryville, and the Media Relations Director.

1.1.1.2 Notify the Victim Services Team Leader, who shall contact the victim(s) and inform them that the State is seeking a Warrant of Execution.

1.1.2 The Director shall notify the inmate and the inmate's counsel in writing of the drug/lethal gas protocol that will be used in the event a Warrant of Execution is issued and the method of execution.

### 2.0 COMPLEX AND DIRECTOR'S OFFICE RESPONSIBILITIES UPON RECEIPT OF WARRANT OF EXECUTION

2.1 Upon receipt of the Warrant of Execution from the Attorney General's Office:

2.1.1    General Counsel shall:

    2.1.1.1    Notify the Director, Assistant Director for Prison Operations, the Wardens of ASPC-Florence and ASPC-Eyman or ASPC-Perryville, and the Media Relations Office.

    2.1.1.2    Forward the original Warrant of Execution to the Warden of ASPC-Florence.

    2.1.1.3    Forward copies of the original Warrant of Execution to the Warden of ASPC-Eyman or ASPC-Perryville.

    2.1.1.4    Notify the Victim Services Team Leader, who shall contact the victim(s) and inform them of the court's issuance of the Warrant of Execution.

2.1.2    The Director shall:

    2.1.2.1    Select the time of execution and provide notice to the Arizona Supreme Court and the parties at least 20 calendar days prior to the execution date. (Arizona Rules of Criminal Procedures, Rule 31.17(c)(3))

    2.1.2.2    Notify the inmate that if the offense was committed prior to November 23, 1992, the inmate shall choose in writing using the Method of Execution, Form 710-1, either lethal injection or lethal gas at least twenty-one days prior to the execution. If the inmate fails to choose either lethal injection or lethal gas, the penalty of death shall be inflicted by lethal injection (A.R.S. §13-757(B)).

    2.1.2.3    Have the authority to change the timeframes established in this Department Order in order to address certain unexpected or otherwise unforeseen contingencies only with regard to minor or routine contingencies not central to the execution process.

2.1.3    The ASPC-Eyman or ASPC-Perryville Warden shall:

    2.1.3.1    Direct the inmate to submit the Inmate Witness and Notification Information, Form 710-2, to the Warden no later than 14 days prior to the scheduled execution date.

        2.1.3.1.1    Inform the inmate that two clergy and five other persons may be invited to be present at the execution. The inmate may designate one clergy/spiritual advisor to accompany the inmate into the lethal injection execution chamber for audible prayer and religious touch, consistent with the U.S. Supreme Court's Opinion in *Ramirez v. Collier* (March 24, 2022), and the Department reserves the right to enforce as necessary any or all reasonable restrictions on the audible prayer and religious touch as set forth in the U.S. Supreme Court's Opinion. ***[Revision – April 20, 2022]***

        2.1.3.1.2    Notify the inmate that minors are prohibited from witnessing the execution pursuant to A.R.S. §13-758.

2.1.3.1.3    Notify the inmate that requests for Department or contract staff to attend the execution shall be denied.

2.1.3.1.4    Notify the inmate that requests for other inmates to attend the execution shall be denied.

2.1.3.2    Direct the inmate to review and update as necessary the Notification in Case of Accident, Serious Illness or Death and Disposition of Property, Form 711-1. The Warden shall direct the inmate to provide any changes no later than 14 days prior to the execution. If the inmate provides no instruction, the property and accounts shall be disposed in accordance with Department Order #711, <u>Notification of Inmate Hospitalization or Death</u>.

2.1.3.3    Advise the inmate that his/her body shall not be used for organ donation.

2.1.3.4    Summarize the options available with the inmate for release and disposition of their body after the autopsy is performed. The Warden shall direct the inmate to review the previously completed Disposition of Remains, Form 710-3, and update as necessary no later than 14 days prior to the execution. If the inmate provides no information or the information is insufficient or incorrect the deceased shall be disposed in accordance with Department Order #711, <u>Notification of Inmate Hospitalization or Death</u>.

2.1.3.5    Advise the inmate he may request a last meal by completing the Last Meal Request, Form 710-5, and returning it no later than 14 days prior to the execution. Reasonable effort shall be made to accommodate the request.

## 3.0   EXECUTION TEAM MEMBERS

3.1    The Assistant Director for Prison Operations shall:

3.1.1    Establish a training schedule and identify dates for periodic on-site practice by the Housing Unit 9 Section Teams, to include 10 training scenarios within the 12 months preceding the scheduled execution.

3.1.2    Conduct a minimum of two training sessions with multiple scenarios 2 days prior to the scheduled execution. The IV Team members shall participate in at least one training session with multiple scenarios within one day prior to the scheduled execution.

2.1.2.1    All training sessions shall be documented and be included as part of a permanent record created by the ASPC-Florence Warden to be submitted to the Department's General Counsel for archive, post execution.

3.1.3    Ensure periodic testing of all of the equipment in Housing Unit 9 occurs, affirming electrical, plumbing, heating and air conditioning units are in working order and the gas chamber is maintained.

3.2     The Assistant Director for Prison Operations provides for the planning and overall direction of all pre-execution, execution and post-execution activities. The Assistant Director coordinates the activities of the Southern and Northern Regional Operations Directors (SROD and NROD) and the ASPC-Eyman or ASPC-Perryville and ASPC-Florence Wardens who activate the following teams and oversee their activities, specifically:

3.2.1     Command

3.2.1.1     Consists of a minimum of three team members:

3.2.1.1.1     Commander

3.2.1.1.2     Recorder

3.2.1.1.3     Telephone operator

3.2.1.1.4     Others as necessary

3.2.1.2     Team members are selected by the Assistant Director for Prison Operations with the documented approval of the Director.

3.2.1.3     Its team leader is selected by the Assistant Director for Prison Operations.

3.2.1.4     Primary function of Command is the overall coordination of execution procedures.

3.2.2     Housing Unit 9 Section

3.2.2.1     Consists of a section leader and two teams:

3.2.2.1.1     Restraint Team

3.2.2.1.2     Special Operations Team

3.2.2.2     Team leaders are selected by the Assistant Director for Prison Operations with the documented approval of the Director.

3.2.2.3     The section leader is the ASPC-Florence Warden.

3.2.2.4     Primary function of the section leader is the overall coordination of activities of the Restraint Team and the Special Operations Team to ensure compliance with conditions of confinement and application of approved procedures.

3.2.3     Restraint Team

3.2.3.1     Consists of a minimum of seven team members, including one team leader.

3.2.3.2     Restraint Team members and the team leader are selected by the Assistant Director for Prison Operations with the documented approval of the Director.

3.2.3.3    Primary function of the Restraint Team is to provide continuous observation of the inmate on the day of the execution and apply appropriate restraint procedures and inmate management prior to, during and after the execution.

3.2.4    Special Operations Team

3.2.4.1    Consists of a minimum of five team members:

3.2.4.1.1    Team Leader

3.2.4.1.2    Recorder

3.2.4.1.3    Three additional team members

3.2.4.2    Its team members and team leader are selected by the Assistant Director for Prison Operations with the documented approval of the Director.

3.2.4.3    The Special Operations Team Leader shall designate functions of the other team members, including the selection of a member to observe the procedure and serve as the Recorder.

3.2.4.4    Primary function of the Special Operations Team is to implement the protocols associated with the execution with its primary duty being the administration of the chemicals, and additionally mixing the chemicals under the direct supervision of the IV Team Leader.

3.2.5    Intravenous Team Members (IV Team)

3.2.5.1    The IV Team will consist of any two or more of the following: physician(s), physician assistant(s), nurse(s), emergency medical technician(s) (EMTs), paramedic(s), military corpsman or other certified or licensed personnel including those trained in the United States Military. All team members shall be currently certified or licensed within the United States to place IV lines.

3.2.5.2    The IV Team members shall be selected by the Director. Selection of any team member shall include a review of the proposed team member's qualifications, training, experience, and/or any professional license(s) and certification(s) they may hold. Licensing and criminal history reviews shall be conducted, by the Inspector General's Office prior to assigning or retaining any IV Team member and upon the issuance of a Warrant of Execution.

3.2.5.3    The Director shall designate the IV Team Leader. The Assistant Director for Prison Operations shall ensure all team members thoroughly understand all provisions contained herein as written and by practice.

3.2.5.4   The IV Team shall be responsible for inserting either peripheral IV catheters or a central femoral line as determined by the Director acting upon the recommendation of the IV Team Leader. The IV Team Leader shall ensure all lines are functioning properly throughout the procedure, supervise the Special Operations team in the mixing of the chemicals, preparing the syringes, and monitoring the inmate (including the level of consciousness and establishing the time of death). The IV Team Leader shall supervise the administration of the chemicals. A central femoral venous line shall not be used unless the person placing the line is currently qualified by experience, training, certification or licensure within the United States to place a central femoral line.

3.2.5.5   IV Team members shall only be required to participate in the training sessions scheduled for one day prior to the actual execution.

3.2.5.6   Documentation of IV Team members' qualifications, including training of the team members, shall be maintained by the Department Director or his designee.

3.2.6   Maintenance Response Team (MRT)

3.2.6.1   Consists of three team members and a team leader, and reports to Command.

3.2.6.2   Team members are selected by the ASPC-Florence Warden.

3.2.6.3   Primary function of MRT is to test all Housing Unit 9 equipment utilized to impose the sentence of death and to ensure electrical, plumbing, heating and air conditioning units are in working order.

3.2.7   Critical Incident Response Team (CIRT)

3.2.7.1   Consists of three team members and a team leader, and reports to Command.

3.2.7.2   The leader is the Employee Relations Administrator or designee.

3.2.7.3   Team members are CIRT responders and selected by the Employee Relations Administrator.

3.2.7.4   Primary function of CIRT is to educate staff regarding possible psychological responses and effective coping mechanisms to affected staff at all levels in the Department prior to, during and after the execution. CIRT shall provide ongoing follow up contact to staff.

3.2.8   Traffic Control Team

3.2.8.1   Consists of eight team members and a team leader, and reports to Command.

3.2.8.2   Team members and the team leader are selected by the Assistant Director for Prison Operations.

3.2.8.3   Primary function is to confer with state and local law enforcement agencies, establish check points and parameters for traffic control and formulate inter-agency emergency response strategies. The team also coordinates the ingress/egress for Department and contract staff and other persons whose attendance is necessary at ASPC-Eyman or ASPC-Perryville and ASPC-Florence. The Team's focus is the period of time starting twenty-four hours prior to the execution and concluding when normal activities resume after the execution.

3.2.9   Escort Team

3.2.9.1   Consists of eight team members and a team leader, and reports to Command.

3.2.9.2   Team members and the team leader are selected by the Assistant Director for Prison Operations.

3.2.9.3   Primary function is to coordinate the movement of all pre-approved witnesses on and off prison grounds and within its perimeter. One Escort Team is assigned to escort and assist pre-approved official, victim, media, and inmate witnesses. Escort team members always remain with witnesses within the established perimeter.

3.2.10   Victim Services Team

3.2.10.1   Consists of two team members and reports to the Escort Team leader.

3.2.10.2   The team leader is the Victim Services Office Administrator.

3.2.10.3   Primary function is to ensure victims of the crime that resulted in the imposition of death date are informed of the execution date and their opportunity to witness the execution. The team explains the execution process. If the victim is interested in attending, the team submits the victim's name(s) for consideration.

3.2.10.4   Day of the Execution – The team leader meets with the victim(s) in a predetermined staging area and accompanies them throughout the process, including a briefing by the Director or the Director's designee. The Team provides support and advocacy as appropriate.

3.2.10.5   If the victim(s) is interested in speaking with the media after the execution, the victim(s) is escorted to the Press Room for brief media availability.

3.2.10.6   Post-Execution - The team leader ensures the victim(s) receives follow up phone calls and support.

3.2.11   Population Assessment

3.2.11.1   Regional Operations Director:

3.2.11.1.1   Is responsible for the coordination of monitoring and evaluation of inmate activity at ASPC-Eyman and ASPC-Florence.

3.2.11.1.2   Continuously monitors and assesses the inmate population for any activity related to the execution or its impact on the prison's operation at ASPC-Eyman and ASPC-Florence.

3.2.11.2   ASPC-Perryville Warden:

3.2.11.2.1   Is responsible for the coordination of monitoring and evaluation of inmate activity at ASPC-Perryville.

3.2.11.2.2   Continuously monitors and assesses the inmate population for any activity related to the execution or its impact on the prison's operation.

3.3   <u>Designation of ADC Staff and Others Selected to Assist with the Execution</u>

3.3.1   The ASPC-Eyman or ASPC-Perryville and ASPC-Florence Wardens shall review the current teams' rosters and recommend retention and replacement of staff and alternates to the Assistant Director for Prison Operations.

3.3.2   The Assistant Director for Prison Operations shall evaluate the teams' composition and the Wardens' recommendations and forward final recommendations to the Director.

3.3.3   In the selection and retention of section leaders and Housing Unit 9 team members, the Assistant Director for Prison Operations shall consider:

3.3.3.1   No employee who was suspended or demoted in the past 12 months shall be considered. Any staff currently under investigation is also ineligible.

3.3.3.2   Special consideration may be given to staff with pertinent specialized training and qualifications.

3.3.3.3   Staff with less than two years employment with the Department shall not be considered.

3.3.3.4   No staff serving on any team shall be related to the inmate by blood or marriage or have any other legal relationship with the inmate, their family or the crime victim(s).

3.3.4   Staff participation in the execution process is strictly voluntary. No Department employee is required to attend or participate in an execution. Any staff volunteers may withdraw from performing their assigned duties specific to the execution at any time by advising their Team Leader, advising a Team Member or advising their immediate chain of command. All staff participating in the execution shall be required to sign a Notice of Execution Involvement, Form 710-8.

## 4.0   COMMUTATION HEARING PROCEEDINGS

4.1   The Arizona Board of Executive Clemency (ABOEC) shall advise the Department of its plans to convene a Commutation Hearing and its date and time. Upon receipt of the notice, the ASPC-Eyman or ASPC-Perryville Warden shall arrange for a location in which the Commutation Hearing will be held.

4.1.1   If the ABOEC Commutation Hearing is held at the prison, the Department shall:

    4.1.1.1   Require those in attendance to adhere to dress code as outlined in Department Order #911, <u>Inmate Visitation</u>.

    4.1.1.2   Comply with the open meeting laws as it applies to Board of Executive Clemency hearings pursuant to A.R.S. §38-431.08.

## 5.0   DESIGNATION OF WITNESSES BY DIRECTOR

5.1   The Director or designee shall be present during the execution.

    5.1.1   The Director shall invite:

        5.1.1.1   The Arizona Attorney General. A.R.S. §13-758.

        5.1.1.2   Twelve or more reputable citizens, including up to five Arizona-market media.

        5.1.1.3   The five official media witnesses selected as representatives, from media-print, television/cable, radio, and the local market where the crime occurred. These official media witnesses shall also agree to serve as pool reporters.

        5.1.1.4   Law Enforcement and prosecutors from the jurisdiction where the crime occurred.

        5.1.1.5   Any crime victims and survivors of the crime for which the sentence of death will be imposed, once the Victim Services Team identifies those persons and provides to the Director a list of victim witnesses within 14 days prior to the scheduled execution.

        5.1.1.6   In the event that the inmate wishes to designate one or more of their attorneys or other members of their legal team (not to exceed a cumulative three persons) to witness the execution, then the inmate shall identify these witnesses twenty-one days prior to the execution, and these witnesses shall sign and timely submit an Official Witness Agreement (Form 710-6), whereupon the Director shall invite these witnesses to attend the execution in accordance with section 10, subsection 10.2.1.1 of this Department Order.

    5.1.2   Minors shall not be permitted to witness an execution. A.R.S. §13-758.

    5.1.3   All witnesses are subject to a records check. Selection to participate is contingent upon security clearance and Witness Agreement to adhere to the provisions stipulated in the Official Witness Agreement and Official Witness/Pool Reporters Agreements, Forms 710-6 and 710-7. The Director shall retain full discretion as to the selection of and any changes in the witnesses selected for each scheduled execution.

**6.0   STATE AND LOCAL LAW ENFORCEMENT BRIEFING; SITE CHECKS**

6.1   The Assistant Director for Prison Operations shall ensure state and local law enforcement is periodically briefed and adequately prepared for the execution.

6.2   All of the equipment necessary to the administration of the execution shall be available on site and in good working order including:

6.2.1   Transportation vehicles

6.2.2   Communication devices with inter-operability capability and restricted frequencies

6.2.3   Climate control

6.2.4   Tool control

6.2.5   Safety equipment

6.2.6   Audio/visual equipment

6.2.7   Utility infrastructure

6.2.8   Key control/locking devices

6.2.9   Medical emergency response capability

6.3   The Assistant Director for Prison Operations shall take all necessary steps to timely rectify deficiencies.

**7.0   THIRTY-FIVE DAYS PRIOR TO THE DAY OF EXECUTION – COMPLEX**

7.1   The Warden or designee of ASPC-Eyman or ASPC-Perryville shall confirm in writing the following steps were completed:

7.1.1   Read the Warrant to the inmate.

7.1.2   Outline for the inmate how conditions of confinement will be modified over the next thirty-five days and briefly describe the relevant aspects of the execution process.

7.1.3   Offer the inmate the opportunity to contact their Attorney of Record by phone and to speak with a facility chaplain.

7.1.4   Obtain the inmate's current weight and provide that information to the Assistant Director for Prison Operations and the Housing Unit 9 Section Leader.

7.1.5   Transfer the inmate to the single-person cell on Death Row Browning or the Lumley Unit that has been retrofitted expressly for the purpose of holding the inmate.

7.1.5.1   Before transferring the inmate into the cell, the inmate shall be strip searched, screened on the BOSS chair and then issued a new set of clothes and shoes to wear.

7.1.5.2   The single-person cell shall be thoroughly searched prior to placing the inmate in the cell.

7.1.6   Place the inmate on 24-hour Continuous Observation and post staff to the inmate's cell on an on-going basis to maintain visual contact with the inmate until such time as the inmate is transferred to Housing Unit 9 at ASPC-Florence.

7.1.7   Establish an Observation Record to chronicle staff's observations of the inmate's activities and behavior until the sentence of death is imposed.

7.2   <u>Conditions of Confinement</u> – The ASPC-Eyman or ASPC-Perryville Warden shall:

7.2.1   Ensure none of the inmate's personal property is transferred with the inmate, except as provided in this section.

7.2.2   Have the inmate's personal property inventoried in their presence before the transfer of cells occurs and then have it boxed, sealed and removed from the cell. Store the inmate's property pending receipt of written instruction by the inmate regarding disposition of property or otherwise dispose of the property as outlined in section 2.0 of this Department Order.

7.2.3   Ensure all remaining property possessed by the inmate in the cell comply with indigent status items; any exceptions must be pre-approved in writing by the Assistant Director for Prison Operations.

7.2.4   Allow the inmate to keep in the cell one box each of legal and religious materials, a pencil and paper, and a book or periodical.

7.2.5   Issue the inmate a new mattress, pillow and bedding.

7.2.6   Provide the inmate limited hygiene supplies, including a towel and washcloth, and exchange these items on a daily basis.

7.2.7   Issue the inmate a clean set of clothing and bedding daily.

7.2.8   Ensure all inmate medications are unit-dosed and, when available issued in liquid form, and none of the inmate's medication including over-the-counter medications be dispensed or maintained by the inmate as Keep-on-Person.

7.2.9   Ensure the inmate has access to a department television set that is secured outside of the cell, and does not have access to any other appliances.

7.2.10   Continue to provide outdoor exercise and showers, non-contact visits and phone calls per the current schedule for other death row inmates in Browning or the Lumley Unit.

## 8.0   THIRTY-FIVE DAYS PRIOR TO THE DAY OF EXECUTION – CENTRAL OFFICE

8.1   <u>The Assistant Director for Prison Operations</u>:

8.1.1   Identifies and assigns team leaders and members, with documented approval by the Director, and upon approval shall activate the teams.

8.1.2   Confirms preventive maintenance in Housing Unit 9 occurs and that an equipment inventory is completed, and appropriate and timely action is taken.

8.1.3    Directs the initiation of the Continuous Observation Log commencing on the 35th day prior to the day of the execution. The log shall follow the inmate from ASPC-Eyman or ASPC-Perryville to Housing Unit 9 at ASPC-Florence and be maintained until the execution occurs or a stay of execution is issued.

8.1.4    Activates the training schedule ensuring staff participating in the execution receives adequate training, written instruction and practice, all of which is documented.

8.2    <u>The Assistant Director for Medical Services</u>

8.2.1    Directs ADC's Medical Services staff or ADC's contracted Medical Services provider to conduct a medical records file review to identify any prescribed medication(s) and dosages the inmate is currently or was recently taking. ADC's Medical Services staff or ADC's contracted Medical Services provider shall modify prescribed medications as may be necessary.

8.2.2    Directs ADC's Medical Services staff or ADC's contracted Medical Services provider to dispense all inmate medications in unit doses and, when available in liquid form. No medication including over-the-counter medications shall be provided or maintained by the inmate as Keep-on-Person.

8.2.3    Ensures ADC's Medical Services staff or ADC's contracted Medical Services provider continuously monitors for significant changes in the inmate's medical or mental health and reports findings immediately to the Department's General Counsel.

8.3    <u>The Media Relations Office</u>:

8.3.1    Issues a news advisory announcing the date of the execution.

8.3.2    Facilitates up to one non-contact interview with the inmate by phone, per day, with media from the day the Warrant is issued until the day before the sentence of death is imposed excluding weekends and state and federal holidays. The inmate and Attorney of Record may select among these requests that are submitted to the Media Relations Office and recommend the order in which they occur. The inmate may refuse any or all media requests for interviews.

8.4    <u>The Office of Victim Services</u> – Identifies and advises victims of the crime for which the inmate has been sentenced to death of the issuance of the Warrant of Execution and the scheduled date and time of the execution.

## 9.0    TWENTY-ONE DAYS PRIOR TO THE DAY OF EXECUTION – CENTRAL OFFICE

9.1    <u>The Media Relations Office</u>:

9.1.1    Forwards media-witness applications to the Inspector General for background investigation. The Inspector General shall advise the Director of any issues arising from such investigations.

9.1.2    Sends media-witness agreement forms (Official Witness Agreement, Form 710-6, and as applicable, Official Witness/Pool Reporter Agreement, Form 710-7) to identified media-witnesses, and establishes a deadline for the return of all such forms.

9.1.3     All witnesses shall sign and timely submit an Official Witness Agreement, Form 710-6, prior to being cleared and added to the witness list.

9.1.3.1     All official witnesses who are also members of media/press and are selected to serve as pool reporters shall also sign and timely return the Official Witness/Pool Reporter Agreement, Form 710-7.

## 10.0  FOURTEEN DAYS PRIOR TO THE DAY OF EXECUTION – CENTRAL OFFICE

10.1     The Inspector General or designee:

10.1.1     Finalizes arrangements with a Medical Examiner Office for the disposition of the body, security for the Medical Examiner's vehicle and the custodial transfer of the body.

10.1.2     Obtain a body bag and tag from the Medical Examiner's Office.

10.2     General Counsel:

10.2.1     Finalizes a list of all witnesses including official, victim, inmate witnesses and media/pool reporters, through coordination with the Offices of Victim Services and Media Relations, for the Director's review and documented approval.

10.2.1.1     Upon documented approval the Director or designee shall prepare a written invitation to each chosen witness. (See Attachment A.)

10.3     The Media Relations Office – Issue a news advisory announcing the date and time of the execution.

## 11.0  TWO DAYS PRIOR TO THE DAY OF EXECUTION

11.1     The Assistant Director for Prison Operations:

11.1.1     Schedules and conducts on-site scenario training sessions, modifying practices as warranted.

11.1.2     Confirms adequate staffing and vehicles are in place for regular operations and the execution.

11.2     The ASPC-Florence Warden:

11.2.1     Confirms staff assigned to the Maintenance Response Team (MRT) is scheduled and will be on-site eight hours prior to the time scheduled for the imposition of sentence.

11.2.2     Restricts access to Housing Unit 9 to those with expressly assigned duties.

11.2.3     Readies Housing Unit 9 for the transfer of the inmate.

11.2.4     Verifies execution inventory, including the chemicals to be used, and equipment checks are completed and open issues resolved.

**12.0  TWENTY-FOUR HOURS PRIOR TO THE DAY OF EXECUTION**

12.1   On-site scenario exercises continue.

12.2   Final preparation of Housing Unit 9 is completed. Each room receives final evaluation specific to its functions including security, climate control, lighting, sound, sanitation, and that separation screens and appropriate restraints are at the ready.

12.3   Detailed staff briefings are provided.

12.4   The ASPC-Eyman or ASPC-Perryville Warden shall ensure the inmate receives the last meal by 1900 hours. Every reasonable effort to accommodate the last meal request will have been made. All eating utensils and remaining food and beverage shall be removed upon completion of the meal.

12.5   The ASPC-Eyman or ASPC-Perryville Warden shall ensure non-contact visits and phone calls are concluded by 2100 hours.

   12.5.1   The inmate's telephone privileges shall be terminated at 2100 hours the day prior to the execution, excluding calls from the inmate's Attorney of Record and others as approved by the Assistant Director for Prison Operations.

   12.5.2   The inmate's visitation privileges shall be terminated at 2100 hours the day prior to the execution. The inmate will be permitted two hours of in-person visitation with no more than two Attorneys of Record, concluding one hour prior to the scheduled execution.

12.6   The inmate is prepared for transfer to Housing Unit 9 by the prescribed means.

**13.0  TWELVE HOURS PRIOR TO AND THROUGH THE EXECUTION**

13.1   Restricting Access to Institution Property – During the final twelve hours prior to the execution, access to ASPC-Eyman or ASPC-Perryville and ASPC-Florence is limited to:

   13.1.1   On-duty personnel.

   13.1.2   On-duty contract workers.

   13.1.3   Volunteers deemed necessary by the Wardens.

   13.1.4   Approved delivery vehicles.

   13.1.5   Law enforcement personnel on business-related matters.

   13.1.6   Restrictions to these facilities shall remain in effect until normal operations resume after the execution or a stay of execution is issued.

13.2   Transfer of the inmate from Browning or Lumley Unit to Housing Unit 9

   13.2.1   The inmate shall be secured and transferred by the Execution Restraint Team per the prescribed means the night before the execution.

   13.2.2   Housing Unit 9 staff shall take custody of the inmate and the Observation Log. Staff shall assume maintenance of the log until the execution is completed or a stay of execution is issued.

13.2.3   Upon the inmate's arrival, the inmate may be offered a mild sedative.

13.2.4   No later than five hours prior to the execution, the inmate shall be offered a light meal. All eating utensils and remaining food shall be removed upon completion of the meal.

13.2.5   No later than four hours prior to the execution, the inmate may be offered a mild sedative.

13.2.6   These time frames may be adjusted as necessary in the event of a stay of execution or other exigencies.

13.3   Housing Unit 9 Conditions of Confinement

13.3.1   The inmate shall remain on Continuous Watch. Staff shall record observations and make entries in the Observation Record during the final four hours in hours, and minutes.

13.3.2   The inmate shall be issued one pair each of pants, boxer shorts and socks, and a shirt on the morning of the execution.

13.3.3   The cell shall be furnished with a mattress, pillow and pillowcase, one each top and bottom sheet, a blanket, a washcloth and towel, and toilet paper.

13.3.4   The inmate may have a pencil and paper, religious items, a book or periodical and indigent-sized hygiene supplies (liquid soap, toothpaste) and a toothbrush and comb. These items may be made available only for the duration of the use and shall be removed immediately thereafter. Any other requested property shall require approval by the Assistant Director for Prison Operations, and shall be documented.

13.4   Population Management – ASPC-Eyman or ASPC-Perryville and ASPC-Florence shall go on lockdown status from between two to six hours prior to the time the execution is scheduled to occur at the direction of Command. They shall remain on lock down throughout the execution. After the conclusion of the execution, the prisons shall return to regular operations at the direction of Command.

13.5   Additional Operations Requirements

13.5.1   Witness Escort Teams shall process, transport and remain with pre-approved official witnesses, inmate witnesses, media witnesses and victim(s) witnesses through the conclusion of the execution and their return to designated staging areas per prescribed means.

13.5.1.1   Teams shall ensure each witness group is separated from the other witness groups at all times.

13.5.1.2   The Director or designee shall provide a brief overview of the execution for the official witnesses. The Director shall advise witnesses that the curtains in the execution chamber may be drawn prior to the conclusion of the execution in the event of a legitimate penological objective which would merit such closure and then reopened when the execution resumes, and that an IV Team member will enter into the chamber and physically manipulate the inmate to check consciousness.

13.5.1.3   In the event the inmate has designated one of his attorneys to witness the execution, temporary office space will be provided for the inmate's counsel in the Administration Building during the scheduled day of execution. One attorney and two additional members of the legal team may be permitted to remain in the office space during the execution. The inmate's legal team will be permitted to bring into the temporary office space one mobile phone, one tablet, and one laptop. While the attorney witness is in the witness room, a member of the Witness Escort Team shall hold one mobile phone designated by the attorney, to be made available to the attorney in exigent circumstances. The mobile phone may not be used inside the witness room.

13.5.2   Upon the direction of the Director to proceed:

13.5.2.1   The APSC-Florence Warden shall direct the Execution Restraint Team to prepare the inmate for escort into the execution chamber.

13.5.2.2   Prior to moving the inmate from the holding cell to the execution table, the Director shall confer with the Attorney General or designee and the Governor or designee to confirm there is no legal impediment to proceeding with the lawful execution.

13.5.2.3   When the inmate is secured on the execution table by the team and readied by qualified medical personnel, the Warden shall advise the Director.

13.5.2.4   The Director shall reconfirm with the Attorney General or designee and the Governor or designee that there is no legal impediment to proceeding. Upon oral confirmation that there is no legal impediment to proceeding with the execution, the Director may order the Warden to proceed with the execution.

13.5.2.4.1   If there is a legal impediment the Director shall instruct the ASPC-Florence Warden to stop, and to notify the inmate and witnesses that the execution has been stayed or delayed. The Warden shall also notify Command to notify the Media Relations staff who shall advise the media in the Press Room.

13.5.2.5   The Warden shall read aloud a summary of the Warrant of Execution. The Warden shall ask the inmate if he wishes to make a last statement. The microphone will remain on during the last statement. It will be turned off in the event the inmate uses vulgarity or makes intentionally offensive statements. If the microphone is turned off, it will be turned back on immediately after the completion of the last statement.

13.5.2.6   The Director shall instruct the disbursement of chemicals to begin by the prescribed means.

13.5.3   Pronouncement and Documentation of Death

13.5.3.1   The Director shall announce death when it has occurred.

13.5.3.2   The ASPC-Florence Warden shall complete and sign the return of the Death Warrant pursuant to A.R.S. §13-759. The Director shall file the document with the sentencing court and the Arizona Supreme Court within 48 hours.

13.5.3.3   A Medical Examiner shall take custody of the body and issue a Certificate of Death.

13.6   <u>Stay of Execution</u> – Upon receipt of notification that the court has issued a Stay of Execution; the Director shall consult with the Attorney General's Office and advise Command.

13.6.1   Upon receipt of notification, the Housing Unit 9 Section Leader shall:

13.6.1.1   Advise the witnesses a Stay of Execution has been issued.

13.6.1.2   Following consultation with the Director, direct that the catheters be removed, if applicable, and direct the Restraint Team to return the inmate to the holding cell.

13.6.1.3   Instruct the Special Operations to stand down.

13.6.2   Command shall inform the following teams of the Stay of Execution:

13.6.2.1   Traffic Control Team Leader

13.6.2.2   Population Assessment

13.6.2.3   Critical Incident Response Team Leader

13.6.2.4   Media Relations Director

13.6.2.5   Victim Services Team Leader

13.6.2.6   Escort Team leader

13.6.3   The Traffic Control Team Leader shall notify protestors of the issuance of the Stay of Execution.

13.6.4   The Escort Team shall commence escorting witness groups from Housing Unit 9 as set forth herein.

13.6.5   Upon Command's instruction, the inmate shall be transported from Housing Unit 9 back to Death Row at Browning or Lumley Unit and their personal possessions returned. Following the transport, the inmate will be permitted to consult with the inmate's attorney(s) upon request.

## 14.0 POST-EXECUTION

14.1   <u>Removing Witnesses from Housing Unit 9</u>

14.1.1   After the pronouncement of death, witnesses shall be escorted in the prescribed order from the facility.

14.1.1.1   Each group of witnesses will continue to be kept separated from the other groups at all times.

14.1.1.2   Official witnesses who are media pool reporters will return to the Press Room to participate in the media briefing.

14.1.1.3   Victim witnesses speaking with the media will be escorted to the Press Room.

14.1.2   Media may remain on site in a designated location outside the secure perimeter for a limited time to complete live broadcasts.

14.2   <u>Site Clean Up</u>

14.2.1   Under the supervision of a person designated by the ASPC-Florence Warden, Housing Unit 9 shall be cleaned and secured.

14.2.2   Institutional staff trained in infectious diseases preventive practices will utilize appropriate precautions in cleaning Housing Unit 9.

14.3   <u>Normal Operations</u>

14.3.1   Command shall determine when the prisons resume normal operations after receiving assessments from the Wardens of ASPC-Florence and ASPC-Eyman or ASPC-Perryville.

14.3.2   Department personnel shall be deactivated at the direction of Command.

14.4   <u>Execution Documentation</u>

14.4.1   The ASPC-Florence Warden shall be responsible to gather all documents pertaining to the execution and forward to the Department's General Counsel for archive.

14.4.2   Pursuant to A.R.S. §13-759 (B), the Director shall send written notification to the sentencing court and the Arizona Supreme Court stating the time, mode and manner in which the Warrant was carried out.  (See Attachments B and C.)

## 15.0   PROCEDURES FOR NEWS MEDIA

15.1   Reasonable efforts will be made to accommodate representatives of the news media before, during and after a scheduled execution however; the Department reserves the right to regulate media access to ensure the orderly and safe operations of its prisons.

15.2   The Media Relations Office shall coordinate the release of information to news media outlets. All Department and contract staff are expressly prohibited from providing information not readily available in the public domain.

15.3   <u>Update Prior to the Execution</u> – Following activation of the Press Room, the Media Relations Director and the Public Information Officer shall provide the news media with regular briefings or updates.

15.4   <u>Media Orientation and Releases</u> – The Media Relations Director shall provide general information regarding the execution and about the inmate.

15.4.1   Media Representatives will be informed how the press pool will be established and advised that if they are selected as press pool witnesses, they shall be required to complete and sign Media Witness Press Pool Agreement, Form 710-7, in addition the Official Witness Agreement, Form 710-6, prior to the execution.

15.4.2   Media Representatives will return to the Press Room after the execution to answer questions of all other media representatives concerning their observations during the execution, prior to filing or reporting their story.

15.5   Press Room Operations

15.5.1   Media representatives requesting to witness an execution must submit written requests to the Media Relations Office no later than 28 days prior to the execution. Each request must include the name, social security number and birth date of media requesting access. Only those news organizations that have submitted written requests within the stated time frame shall be considered.

15.5.2   The Media Relations Office shall finalize recommendations for selected media to perform official witness/pool reporter functions 14 days prior to the execution.

15.6   Briefing Packets and Updates

15.6.1   The Media Relations Office shall provide press briefing packets for reporters.

15.6.2   A brief summary of inmate's activities during the final twenty-four hours, activities related to the execution and sequence of events, may be provided.

15.7   News Media Selection

15.7.1   No more than five members of the Arizona media may be selected to witness the execution as official witnesses. Selected media will perform the additional duties of pool reporter:

15.7.1.1   Print

15.7.1.2   Radio

15.7.1.3   Television/Cable

15.7.1.4   Local media representative in the market where the crime was committed

15.7.2   Media is held to the same standards for conduct as are all other official witnesses.

15.7.3   Command may exclude any media witness at any time if the media witness fails to abide by the provisions of the Official Witness and Pool Reporter Agreements (Forms 710-6 and 710-7).

15.7.4   Media witnesses are not permitted to bring unauthorized items into Housing Unit 9. Unauthorized items include:

15.7.4.1   Electronic or mechanical recording devices

15.7.4.2   Still, moving picture or video tape camera

15.7.4.3   Tape recorders or similar devices

15.7.4.4    Radio/television broadcasting devices

15.7.5    Each pool reporter shall be provided a tablet of paper and a pencil to take notes from the time they complete security screening and board the bus until they are returned to the Press Room after the conclusion of the execution.

15.7.6    Official witnesses who are pool reporters shall attend a pre-execution briefing.

## IMPLEMENTATION

The ASPC-Florence and ASPC-Perryville Wardens shall maintain Post Order #015, Death Watch Security Officer, delineating post-specific responsibilities. The ASPC-Florence Warden shall also maintain Post Order #015-A01, Housing Unit-9 Security Watch.

## ATTACHMENTS

Attachment A - Letter of Invitation to Witness an Execution
Attachment B - Return of Warrant Notification - Supreme Court
Attachment C - Return of Warrant Notification - Superior Court
Attachment D - Preparation and Administration of Chemicals
Attachment E – Lethal Gas

## FORMS LIST

710-1, Method of Execution
710-2, Inmate Witness Information
710-3, Disposition of Remains
710-4, Authorized Witnesses for Execution Log (A, B and C)
710-5, Last Meal Request
710-6, Official Witness Agreement
710-7, Official Witness/Pool Reporter Agreement
710-8, Notice of Execution Involvement

## AUTHORITY

A.R.S. §1-215 (28), Definitions
A.R.S. §13-105 (30), Definitions
A.R.S. §13-757 (B), Methods of Infliction of Sentence of Death
A.R.S. §13-757 (C), Identity of Executioners
A.R.S. §13-758, Persons Present at Execution of Sentence of Death; Limitations
A.R.S. §13-759 (B), Return Upon Death Warrant
A.R.S. §13-4021 through 13-4026, Insanity or Pregnancy of Persons under Death Sentence
Arizona Rules of Criminal Procedure, Rule 31.17(c)(3),   Date and Time of Execution; Notification to Supreme Court

# <u>ATTACHMENT A</u>

**SAMPLE - LETTER OF INVITATION TO WITNESS AN EXECUTION**

Date

Name
Mailing address
Mailing address

Dear _____

Thank you for expressing interesting in serving as a witness.

Please be advised that you are selected to witness the execution of _____
[name] _____ [number], on _____ [date] at _____ [time] subject to the conditions stipulated
in this correspondence.

There are three kinds of witnesses. They are 1) Official Witnesses including Official Witnesses who are
members of the media and will serve as Pool Reporters, 2) the Inmate's Witnesses and 3) the Victim(s)
Witnesses.

All witnesses are required to complete the *Witness Agreement* form and return it to the Media Relations
Office of the Arizona Department of Corrections, Rehabilitation and Reentry no later than _____
[date] by fax, mail, hand delivery or as an e-mail attachment.

Official Witnesses who are members of the media and will be serving as Pool Reporters are also required to
complete the *Official Witnesses/Pool Reporters Agreement* form. This form must be returned as well to the
Media Relations Office of the Arizona Department of Corrections, Rehabilitation and Reentry no later than
the Friday before the scheduled date of the execution, _____ [date] by the same means.

Failure to fully complete and return on time the required forms with receipt by the Department before 5
P.M. on _____ [date], will result in your removal from the list of approved witnesses.

For additional information and to confirm receipt of your materials, you are welcome to contact the Media
Relations Office by phone at 602-542-3133, by fax at 602-542-2859 or e-mail at
media@azcorrections.gov.

Sincerely,

Media Relation Director

Applicable Attachments:
__*Witness Agreement* form
__ *Official Witnesses/Pool Reporters Agreement* form

# ATTACHMENT B

**SAMPLE - RETURN OF WARRANT NOTIFICATION**

Supreme Court

**DATE:**

The Honorable
Chief Justice of the Supreme Court of Arizona
402 Arizona State Courts Building
1501 West Washington Street
Phoenix, Arizona 85007-3329

**RE:**    Return of Warrant of Execution

State vs.

Supreme Court Number:

County Number:

Chief Justice:

This is to advise you that in accordance with the Warrant of Execution, Supreme Court Number, and pursuant to A.R.S. §13-759(B), the imposition of the sentence of death of _____ was carried out at the Arizona State Prison Complex-Florence on _____, 21 _____, at _____ A.M./P.M.

The mode and manner of the death was by lethal _____.

Sincerely,

David Shinn
Director
Arizona Department of Corrections, Rehabilitation and Reentry

# ATTACHMENT C

**SAMPLE - RETURN OF WARRANT NOTIFICATION**

Superior Court

**DATE:**

The Honorable
Presiding Judge
Superior Court of Arizona
In County
_____, Arizona

**RE:**     Return of Warrant of Execution

State vs.

Supreme Court Number:

County Number:

Judge _____:

This is to advise you that in accordance with the Warrant of Execution, Supreme Court Number, and pursuant to A.R.S. §13-759(B), the imposition of the sentence of death of _____ was carried out at the Arizona State Prison Complex-Florence on _____, 21 _____, at _____ A.M./P.M.

The mode and manner of the death was by lethal _____.

Sincerely,

David Shinn
Director
Arizona Department of Corrections, Rehabilitation and Reentry

# <u>ATTACHMENT D</u>

## PREPARATION AND ADMINISTRATION OF CHEMICALS

A.    Obtaining Chemicals and Equipment

1.    Upon receipt of the Warrant of Execution, the Housing Unit 9 Section Leader shall:

   I.    Confirm the equipment for the procedure and ensure all equipment necessary to properly conduct the procedure is on site, immediately available for use and functioning properly.

   II.    Ensure all medical equipment, including an ultrasound machine and a backup electrocardiograph is on site, immediately available for use and functioning properly.

   III.    Ensure that complete sets of chemicals are on site, not expired, and immediately available for use. ADC will only use chemicals in an execution that have an expiration or beyond-use date that is after the date that an execution is carried out.  If the chemical's expiration or beyond-use date states only a month and year (e.g., "June 2017"), then ADC will not use that chemical after the last day of the month specified.

   IV.    Ensure the chemicals are ordered, arrive as scheduled and are properly stored. The chemicals shall be stored in a secured, locked area that is temperature regulated and monitored to ensure compliance with manufacturer specifications, under the direct control of the Housing Unit 9 Section Leader.

B.    Preparation of Chemicals

1.    Prior to the preparation of the chemicals, the Director or designee shall verify the chemicals to be used, the quantity and the expiration date.

2.    At the appropriate time, the Housing Unit 9 Section Leader shall transfer custody of the chemicals to the Special Operations Team to begin the chemical(s) and syringe preparation in the chemical room, under the direct supervision by the IV Team Leader.

3.    The Special Operations Team Leader will assign a team member(s) to assist preparing each chemical and the corresponding syringe. The IV Team Leader will supervise the process. The IV Team Leader, with the assistance of the Special Operations Team members, shall prepare the designated chemical(s) and syringes as follows:

   •    One-drug protocol - One full set of syringes is used in the implementation of the death sentence (Bank "A") and an additional complete set of the necessary chemicals shall be obtained and kept available in the chemical room, but need not be drawn into syringes unless the primary dosages prove to be insufficient for successful completion of the execution.

4.    The IV Team Leader, with the assistance of a Special Operations Team member, shall be responsible for preparing and labeling the assigned sterile syringes in a distinctive manner identifying the specific chemical contained in each syringe by i) assigned number, ii) chemical name, iii) chemical amount and iv) the designated color, as set forth in the chemical charts below. This information shall be preprinted on a label, with one label affixed to each syringe to ensure the label remains visible.

C.    Chemical Charts; Choice of Protocol

1.    Charts for all chemical protocols follow. The Director shall have the sole discretion as to which drug protocol will be used for the scheduled execution. This decision will be provided to the inmate and their counsel of record in writing at the time the state files a request for Warrant of Execution in the Arizona Supreme Court. If the Department is able to obtain the chemical pentobarbital in sufficient quantity and quality to successfully implement the one-drug protocol with pentobarbital set forth in Chart A, then the Director shall use the one-drug protocol with pentobarbital set forth in Chart A as the drug protocol for execution.  If the Department is unable to obtain such pentobarbital, but is able to obtain the chemical sodium pentothal in sufficient quantity and quality to successfully implement the one-drug protocol with sodium pentothal set forth in Chart B, then the Director shall use the one-drug protocol with sodium pentothal set forth in Chart B as the drug protocol for execution.

2.    A quantitative analysis of any compounded or non-compounded chemical to be used in the execution shall be provided upon request within ten calendar days after the state seeks a Warrant of Execution. The decision to use a compounded or non-compounded chemical will be provided to the inmate and their counsel of record in writing at the time the state files a request for Warrant of Execution in the Arizona Supreme Court.

### CHART A:  ONE-DRUG PROTOCOL WITH PENTOBARBITAL

| CHEMICAL CHART | |
|---|---|
| **Syringe No.** | Label |
| **1A** | 20mL Sterile Saline Solution, **BLACK** |
| **2A** | 2.5gm  Pentobarbital, **GREEN** |
| **3A** | 2.5gm  Pentobarbital, **GREEN** |
| **4A** | 20mL Sterile Saline Solution, **BLACK** |

- Syringes 2A, and 3A, will have a dose of 2.5 grams (gm) of Pentobarbital for a total of 5 grams. Each syringe containing Pentobarbital shall have a **GREEN** label which contains the name of chemical, chemical amount and the designated syringe number.

- Syringes 1A, and 4A, each contain 20 milliliters (mL) of a sterile saline solution, and shall have a **BLACK** label which contains the name of the chemical, chemical amount and the designated syringe number.

### CHART B:  ONE-DRUG PROTOCOL WITH SODIUM PENTOTHAL

| | |
|---|---|
| **Syringe No.** | Label |
| **1A** | 20mL Sterile Saline Solution, **BLACK** |
| **2A** | 1.25gm Sodium Pentothal, **GREEN** |
| **3A** | 1.25gm Sodium Pentothal, **GREEN** |
| **4A** | 1.25gm Sodium Pentothal, **GREEN** |
| **5A** | 1.25gm Sodium Pentothal, **GREEN** |
| **6A** | 20mL Sterile Saline Solution, **BLACK** |

- Syringes 2A, 3A, 4A, 5A, each contain 1.25gm/50mL of Sodium Pentothal / 1 in 50mL of sterile water in four 60mL syringes for a total dose of 5 grams of Sodium Pentothal. Each syringe containing Sodium Pentothal shall have a **GREEN** label which contains the name of chemical, chemical amount and the designated syringe number.

- Syringes 1A, and 6A, each contain 20mL of a sterile saline solution, and shall have a **BLACK** label which contains the name of the chemical, chemical amount and the designated syringe number.

3. After the IV Team prepares all required syringes with the proper chemicals and labels as provided in the Chemical Chart, the Special Operations Team, under the supervision of the IV Team, shall attach one complete set of the prepared and labeled syringes to the 2-Gang, 2-Way Manifold in the order in which the chemical(s) are to be administered. The syringes will be attached to the 2-Gang, 2-Way Manifold in a manner to ensure there is no crowding, with each syringe resting in its corresponding place in the shadow board which is labeled with the name of the chemical, color, chemical amount and the designated syringe number.

4. The syringes shall be affixed in such a manner to ensure the syringe labels are clearly visible. Prior to attaching the syringes to the 2-Gang, 2-Way Manifold, the flow of each gauge on the manifold shall be checked by the IV Team Leader running the sterile saline solution through the line to confirm there is no obstruction.

5. After all syringes are prepared and affixed to the 2-Gang, 2-Way Manifold in proper order, the Special Operations Team Leader shall confirm that all syringes are properly labeled and attached to the manifold in the order in which the chemicals are to be administered as designated by the Chemical Chart. Each chemical shall be administered in the predetermined order in which the syringes are affixed to the manifold.

6. The quantities and types of chemicals prepared and administered as set forth in this Department Order may not be changed in any manner without prior documented approval of the Director and publication of an amended Department Order. The Director's discretion with regard to the quantities and types of chemicals is otherwise limited to what is expressly set forth in this Department Order. If, after a Warrant of Execution has been issued, the Director determines that it is necessary to change the quantities or types of chemicals to be used in the impending execution, then the Director shall immediately notify the inmate and the inmate's counsel in writing, shall withdraw the existing Warrant of Execution, and shall apply for a new Warrant of Execution.

7. All prepared chemicals shall be utilized or properly disposed of in a timely manner after the time designated for the execution to occur.

8. The chemical amounts as set forth in the Chemical Chart are designated for the execution of persons weighing 500 pounds or less. The chemical amounts will be reviewed and may be revised as necessary for an inmate exceeding this body weight.

9. The Special Operations Team Recorder is responsible for completing the Correctional Service Log, Form 105-6. The Recorder shall document on the form the amount of each chemical administered and confirm that it was administered in the order set forth in the Chemical Chart. Any deviation from the written procedure shall be noted and explained on the form.

D. Movement and Monitoring of Inmate

1. Prior to moving the inmate from the holding cell to the execution table, the Director will confer with the Attorney General or designee and the Governor or designee to confirm there is no legal impediment to proceeding with the lawful execution and there are no motions pending before a court which may stay further proceedings.

2.  The inmate may be offered a mild sedative based on the inmate's need. The sedative shall be provided to the inmate no later than four hours prior to the execution, unless it is determined medically necessary. The offer of the mild sedative, the inmate's decision, and the administration of the sedative, if chosen, shall be documented in the watch log.

3.  At the designated time, the overhead microphone will be turned on, and shall be left on until the completion of the execution, and the inmate will be brought into the execution room and secured on the table by the prescribed means with the inmate's arms positioned at an angle away from the inmate's side. Existing closed-circuit monitors will allow witnesses in the designated witness room to observe this process.

4.  The inmate will be positioned to enable the IV Team or the Special Operations Team Leader and the Warden to directly observe the inmate and to monitor the inmate's face with the aid of a high resolution color camera and a high resolution color monitor.

5.  After the inmate has been secured to the execution table, the Restraint Team Leader shall personally check the restraints which secure the inmate to the table to ensure they are not so restrictive as to impede the inmate's circulation, yet sufficient to prevent the inmate from manipulating the catheter and IV lines.

6.  A microphone will be affixed to the inmate's shirt, and shall be left on until the completion of the execution, to enable the persons in the witness room and the IV Team or the Special Operations Team Leader to hear any utterances or noises made by the inmate throughout the procedure. The Special Operations Team Leader will confirm the microphone is functioning properly, and that the inmate can be heard in the chemical room and in the witness room.

7.  The Restraint Team members will attach the leads from the electrocardiograph to the inmate's chest once the inmate is secured. The IV Team Leader shall confirm that the electrocardiograph is functioning properly and that the proper graph paper is used. A backup electrocardiograph shall be on site and readily available if necessary. Prior to the day of, and on the day of the execution both electrocardiograph instruments shall be checked to confirm they are functioning properly.

8.  An IV Team member shall be assigned to monitor the EKG, and mark the EKG graph paper at the commencement and completion of the administration of the lethal chemical(s).

9.  Throughout the procedure, the IV Team Leader shall monitor the inmate's level of consciousness and electrocardiograph readings utilizing direct observation, audio equipment, camera and monitor as well as any other medically approved method(s) deemed necessary by the IV Team Leader. The IV Team Leader shall be responsible for monitoring the inmate's level of consciousness.

10. Existing closed-circuit monitors will allow witnesses in the designated witness room to observe the IV Team's vein assessment and placement of IV catheters in the inmate. In addition, the audio feed from the overhead microphone and from the microphone affixed to the inmate's shirt shall remain on until the completion of the execution.

11. A camera will be focused on the area in the chemical room in which syringes are injected into the IV line, and existing closed-circuit monitors will allow witnesses in the designated witness room to observe the administration of the lethal injection drug(s), including the administration of additional or subsequent doses of the drug(s). All cameras and monitors shall be placed in such a manner so as to ensure and preserve at all times the anonymity of all personnel involved in the execution process.

E.   Intravenous Lines

1.   The Director acting upon the advice of the IV Team Leader shall determine the catheter sites. A femoral central line shall only be used if the person inserting the line is currently qualified by experience, training, certification or licensure within the United States to insert a femoral central line. The IV Team members shall insert a primary IV catheter and a backup IV catheter.

2.   The IV Team Leader shall ensure the catheters are properly secured and properly connected to the IV lines and out of reach of the inmate's hands. A flow of sterile saline solution shall be started in each line and administered at a slow rate to keep the lines open.

3.   The primary IV catheter will be used to administer the lethal chemical(s) and the backup catheter will be reserved in the event of the failure of the first line. Any failure of a venous access line shall be immediately reported to the Director.

4.   The IV catheter in use shall remain visible to the Warden throughout the procedure.

5.   The Warden shall physically remain in the room with the inmate throughout the administration of the lethal chemical(s) in a position sufficient to clearly observe the inmate and the primary and backup IV sites for any potential problems and shall immediately notify the IV Team Leader and Director should any issue occur. Upon receipt of such notification, the Director may stop the proceedings and take all steps necessary in consultation with the IV Team Leader prior to proceeding further with the execution.

6.   Should the use of the backup IV catheter be determined to be necessary, a set of backup chemicals should be administered in the backup IV.

F.   Administration of Chemicals – One-Drug Protocol

1.   At the time the execution is to commence and prior to administering the lethal chemical, the Director will reconfirm with the Attorney General or designee and the Governor or designee that there is no legal impediment to proceeding with the execution. Upon receipt of oral confirmation that there is no legal impediment, the Director will order the administration of the chemical to begin.

2.   Upon receipt of the Director's order and under observation of the IV Team Leader, the Special Operations Team Leader will instruct the assigned Special Operations Team member(s) to begin dispensing the chemicals under the chosen drug protocol.

3.   Upon direction from the Special Operations Team Leader, the assigned Special Operations Team member will visually and orally confirm the chemical name on the syringe and then administer the first syringe of the sterile saline solution, followed by the full dose of the lethal chemical immediately followed by the sterile saline solution flush.

4.   When three minutes has elapsed since commencing the administration of the lethal chemical, the IV Team Leader, dressed in a manner to preserve their anonymity, will enter into the room where the Warden and inmate are located to physically confirm the inmate is unconscious by using all necessary medically appropriate methods, and verbally advise the Director of the same. The IV Team Leader will also confirm that the IV line remains affixed and functioning properly.

5.   If, after three minutes, the inmate remains conscious, the IV Team shall communicate this information to the Director, along with all IV Team input. The Director will determine how to proceed or, if necessary, to start the procedure over at a later time or stand down. The Director may direct the curtains to the witness viewing room be closed, and, if necessary, for witnesses to be removed from the facility, only in the event of a legitimate penological objective which would merit such closure and/or removal.

6.  If deemed appropriate, the Director may instruct the Special Operations Team to administer an additional dose of the lethal chemical followed by the sterile saline solution flush. This may be administered via the primary or backup IV catheter, as determined following consultation with the IV Team.

7.  Upon administering the lethal chemical and sterile saline solution from a backup set, the IV Team shall determine whether the inmate is unconscious by sight and sound, utilizing the audio equipment, camera and monitor. The IV Team Leader will again physically determine whether the inmate is unconscious using proper medical procedures and verbally advise the Director of the same.

8.  When all electrical activity of the heart has ceased as shown by the electrocardiograph, the IV Team Leader will confirm the inmate is deceased and the inmate's death shall be announced by the Director.

9.  The Special Operations Team Recorder shall document on the Correctional Services Log the start and end times of the administration of the lethal chemical.

10. Throughout the entire procedure, the IV Team members, the Special Operations Team members and the Warden shall continually monitor the inmate using all available means to ensure that the inmate remains unconscious and that there are no complications.

G.  Contingency Procedure

1.  An Automated External Defibrillator (AED) will be readily available on site in the event that the inmate goes into cardiac arrest at any time prior to dispensing the chemicals; trained medical staff shall make every effort to revive the inmate should this occur.

2.  Trained medical personnel and emergency transportation, neither of which is involved in the execution process, shall be available in proximity to respond to the inmate should any medical emergency arise at any time before the order to proceed with the execution is issued by the Director.

3.  If at any point any team member determines that any part of the execution process is not going according to procedure, they shall advise the IV Team Leader who shall immediately notify the Director. The Director may consult with persons deemed appropriate and will determine to go forward with the procedure, limited to the option provided in Attachment D, §F(6), or to stand down. If the Director determines to stand down, then trained medical staff shall make every reasonable effort to revive the inmate.

4.  There shall be no deviation from the procedures as set forth herein, except as expressly allowed herein. There shall be no deviation from the procedures as set forth herein without prior consent from the Director. Although such consent may be verbal or in writing, the Director must memorialize and maintain a written record of having granted any deviations, which record must include a detailed description of the deviation, the basis for the deviation, and the basis for the Director's consent thereto.

H.  Post Execution Procedures

1.  Upon the pronouncement of death, the Director shall notify the Governor or designee and the Attorney General or designee via telephone that the sentence has been carried out and the time that death occurred.

2.  An IV Team member will clamp and cut the IV lines leaving them connected to the inmate for examination by a Medical Examiner.

3.  A Criminal Investigations Unit Investigator and a Medical Examiner will take photos of the inmate's body:

    - While in restraints prior to being placed in the body bag,
    - Without restrains prior to being placed in the body bag,
    - Sealed in the body bag, and
    - A photo of the seal in place on the bag.

4.  The inmate's body will be placed on a Medical Examiner's gurney and released into the custody of a Medical Examiner's Office.

5.  Once the inmate's body is placed in a Medical Examiner's transport vehicle, it will be escorted off the premises. The Examiner's Office will take the inmate's body to the medical examiner's office designated by the county.

I.  Documentation of Chemicals and Stay

1.  In the event that a pending stay results in more than a two hour delay, the catheters shall be removed, if applicable, and the inmate shall be returned to the holding cell until further notice.

2.  The Correctional Service Logs the list of identifiers and the EKG tape shall be submitted to the Department's General Counsel for review and storage.

J.  Debrief and Policy Review

1.  The IV and Special Operations Teams will participate in an informal debriefing immediately upon completion of the event.

2.  Upon an assignment to a Team, team members shall review Department Order #710, <u>Execution Procedures</u>.

3.  Periodically, and in the discretion of the Director, a review of Department Order #710, <u>Execution Procedures</u> along with this attachment may be reviewed to confirm it remains consistent with the law. General Counsel shall advise the Director immediately upon any change that may impact these procedures.

# ATTACHMENT E

## LETHAL GAS

1.  Approximately 10 minutes before the execution, Chemical Operators #1 and #2 shall sequentially pour 6 QUARTS OF DISTILLED WATER and 5 PINTS OF SULPHURIC ACID into the mixing pot (9).  THE WATER SHOULD BE POURED FIRST. UPON COMPLETION OF POURING THE WATER, 5 PINTS OF SULFURIC ACID SHOULD BE POURED NEXT.  RUBBER GLOVES AND GLASS FUNNEL SHALL BE USED. THE ACID MUST BE POURED SLOWLY TO PREVENT SPLATTERING. This mixture should remain in the mixing pot (9) for approximately 10 minutes so as to attain an adequate mix and maximum temperature. Keep away from acid fumes and possible splatter caused by boiling. This mixture will yield a 41.5% concentration.

    - Chemical Operator #1 shall ensure that the mixture shall not pass to the chair receptacle until after the Chamber door is closed and instructions received from the Chamber Operator.

    - The Caustic Soda Neutralizing solution shall be prepared by Chemical Operator #2 immediately after the completion of the acid mixture.

    - Chemical Operator #2 shall put on rubber gloves and dissolve 1 pound of CAUSTIC SODA into 2½ gallons of water already in a pour-spout can.  Once the mixing process is complete, this solution should be kept near the mixing on the floor in close proximity to the mixing pot (9).

    - Chemical Operator #2 shall dissolve 30 grains of Phenolptalein Solution in 4 ounces of alcohol. If the solution is pre-mixed, then skip this step.

    - Chemical Operator #2 shall relay to the Special Operations Team Leader that the chemical mixing process is complete.

    - The Housing Unit 9 Team Leader will notify the Director that the chemical mixing is complete and the chamber is ready.

    - The Director will instruct the Housing Unit 9 Team Leader to move the inmate to the chamber.

2.  The inmate shall be brought into the execution room and placed in the Chamber and strapped in the chair by the Restraint Team.  The internal Chamber microphone will be turned on and a microphone will be affixed to the inmate's shirt and also turned on; both microphones shall remain on until the completion of the execution (the microphones will remain on during any last statement by the inmate, but will be turned off in the event the inmate uses vulgarity or makes intentionally offensive statements; if the microphones are turned off, they will be turned back on immediately after the completion of the last statement) to enable the persons in the witness room and the Special Operations Team Leader to hear any utterances or noises made by the inmate throughout the procedure.  The Special Operations Team Leader will confirm that the microphones are functioning properly and that the inmate can be heard in the operations room and in the witness room.

    a.  Closed-circuit monitor(s) will allow witnesses in the designated witness room to observe this process and shall remain on until the completion of the execution.  All cameras and monitors shall be placed in such a manner so as to ensure and preserve at all times the anonymity of all personnel involved in the execution process.

3.    Chemical Operator #2 shall place 4 petri dishes containing the Phenolptalein Solution inside the chamber so as to be clearly visible to the Chamber Operator. (Location should be at each designated corner of the chamber.)

4.    After the inmate is strapped in the chair, Chemical Operator #2 shall verify that the petri dishes containing Phenolphthalein are still in their proper place.

5.    Chemical Operator #2 shall inspect the GAS VALVE LEVER (1) and GAS VALVE POT (10) to ensure that it is dry and in the Closed position. Once this is confirmed, Chemical Operator #2 shall place the sodium cyanide packets in the GAS VALVE POT (10) under the chair.

6.    Chemical Operator #2 and the Chamber Operator shall close the Chamber door and ensure that it is properly sealed.

7.    The Chamber Operator shall ensure that the fan damper is in the closed position. Once this is confirmed, the chamber fan shall be activated and left on.

- The manometer H pressure gauge readings on the chamber shall be monitored to determine air tightness of Chamber.

- The Chamber will be considered air-tight if the manometer gauge to the right has a higher reading than the left.

- If the readings on both the manometer H gauges remain equal, the Chamber Operator shall notify the Housing Unit 9 Team Leader immediately.

8.    The Chamber Operator shall position himself at the GAS VALVE LEVER (1).

9.    The Chamber Operator shall ensure that the Outlet Valve (4) is closed.  This Outlet Valve (4) shall remain closed until the chamber is cleared.

10.    Chemical Operator #2 shall proceed back to the Chemical preparation room.

11.    The Housing Unit 9 Team Leader shall notify the Director that the chamber is ready.

12.    Chemical Operator #1 and the Chamber Operator shall release the mixed acid and water from the mixing pot (9) into the Gas Generator by opening the Acid Mixing Pot Valve (Red lever) and Inlet Valve (3). Chemical Operator #1 shall visually observe the liquid drain from the mixing pot. Once fully drained, Chemical Operator #1 shall close the Acid Mixing Pot Valve and place it in the Closed Position.

13.    Chemical Operator #1 shall notify the Chamber Operator that the acid mixture is fully drained.

14.    The Chamber Operator shall close the inlet valve (3) and advise the Chemical Operators when complete.

15.   Chemical Operator #2 shall fill the mixing pot (9) with the Caustic Soda solution.

16.   The Chamber Operator shall then advise the Housing Unit 9 Team Leader that the Chamber is ready for use.

17.   The Housing Unit 9 Team Leader shall notify the Director that everything is ready to proceed. The Director shall make the final notifications to the Attorney General.

18.   The Director shall instruct the Chamber Operator to remove the locking pin of the GAS VALVE LEVER (1) (Sodium Cyanide immersion lever) and open the immersion valve, to drop the pellets into the acid in the gas generator.  The Gas Valve Lever (1) shall remain open until the clearing process of chamber is initiated.

19.   With the Chamber in operation, the Housing Unit 9 Team Leader and the Recorder will observe and record as necessary. A member of the medical team shall monitor the Inmate and EKG and shall advise the Director when the inmate has expired, providing the corresponding time of death.

20.   The Director will announce that the execution has been completed. The Housing Unit 9 Team Leader will instruct the Operators to "Clear the Chamber".

- NOTE:  The length of time required should be determined by a member of the medical team and the Housing Unit 9 Team Leader.  It is recommended that this period should be no less than 10 minutes.

21.   When the Housing Unit 9 Team Leader announces "Clear the Chamber", the Chamber Operator shall move the exhaust fan damper lever (5) into the open position.

22.   The Chamber Operator shall close the GAS VALVE LEVER (1) into the closed position for clearing.

23.   Chemical Operator #1 and the Chamber Operator shall drain the Caustic Soda Solution into the gas generator. Chemical Operator #1 shall open the Acid Mixing Pot Valve (9). The Chamber Operator shall open the Inlet Valve (3) and allow caustic soda to fully drain into the gas generator.

24.   Chemical Operator #1 shall monitor the CAUSTIC SODA SOLUTION until the Acid Mixing Pot is fully drained and empty.

25.   Once the Acid Mixing Pot (9) is empty, Chemical Operator #1 shall close the mixing pot valve (Red Valve) and instruct the Chamber Operator to close the Inlet Valve (3).

26.   The Chamber Operator shall inform the Chemical Operators once the Inlet Valve (3) is closed.

27.   The Chemical Operator shall fill the mixing pot with water.

28.   The Chamber Operator shall open the air manifold intake lever (2), which may be opened with graduated steps.

29.   The Chamber Operator shall open the Outlet Valve (4), opening the gas generator drain valve first, and then opening the Inlet Valve (3).

30.   Once the Inlet and Outlet Valves are fully open, the Chamber Operator shall inform the Chemical Operators to begin flushing.

31.  The Chemical Operators shall open the water faucet, allowing additional water to flow into the mixing pot (9).

- The Chemical Operators shall observe the drainage of water from the mixing pot to ensure that the flushing is proceeding properly.   During this period, the Chamber Operator shall perform the following functions:

  a.  The Chamber Operator and Chemical Operator #1 shall fully open the anhydrous ammonia tank valve, then open ammonia control valves (7) and (8) (on the regulators) gradually to reach the saturation to allow the effective neutralization of the residual chemicals in the chamber, gas generator and plumbing.   After 30 seconds, both Operators shall close the ammonia tanks in the following sequence: The tank valves shall be closed first, and, after approximately 30 seconds, the regulator valves (7) and (8) shall be closed. This will allow the ammonia to drain from the piping.   Anhydrous ammonia valves should be CLOSED OUT AT LEAST THREE MINUTES BEFORE OPENING THE CHAMBER DOOR.

  b.  After the Chamber is completely evacuated of gas and purged of the ammonia fumes, the phenolphthalein in the petri dishes should turn red (pinkish) in color.  This color change is an indication that the Chamber door may be safely opened. A member of the medical team and Restraint Team now may enter, using masks for protection from any residual ammonia fumes.  The Chamber Operator shall close the air valve lever (2).

- CAUTION:  Although smoke tests suggest that the Chamber is purged in approximately 3 to 5 minutes, it is recommended that the period between opening the exhaust and air inlet valves and opening the Chamber door be about 15 minutes.   As a precautionary measure, it is recommended that the Physician and the Restraint Team removing the body wear hydrocyanic acid gas masks or approved respirators and rubber gloves and that the hair of the deceased inmate be ruffled in order to allow any residually trapped gas to escape. Close the Chamber door, but not tightened more than contact with the gasket, and aerate for one hour as necessary to clear any residual ammonia.

32.  The Restraint Team shall hose down all the surfaces and the deceased inmate prior to removal from the chair.

# EXHIBIT  B



**Arizona Department of Corrections
Rehabilitation and Reentry**

**Official Witness Agreement Clergy or Spiritual Advisor**

In accordance with the Arizona Revised Statute 13-758, I understand that the Arizona Department of Corrections Rehabilitation and Reentry (ADCRR) may permit me to attend the execution as clergy or spiritual advisor to the inmate. My presence at an execution is not a right and in order to be eligible to be present, I agree to the following conditions:

1. I will not bring onto state property anything constituting legal or illegal contraband under any applicable statute, regulation or policy including firearms, weapons, explosives, metal cutting tools, narcotic drugs, alcoholic beverages and any other item creating a threat to institutional safety/security.

2. I will not bring onto state property any photographic or other visual or audio recording device including cell phones; and

3. I agree to submit to a reasonable search for contraband and other searches as directed by the ADCRR for entry onto state property.

4. I will dress in an appropriate manner (jeans, shorts, suggestive clothing, and/or sandals are not permitted).

5. I will not engage ADCRR staff in conversation or discuss the execution with them.

6. I will conduct myself in a lawful and orderly manner.

7. I will comply with all lawful directives of ADCRR personnel while on state property grounds.

8. Pursuant to the U.S. Supreme Court's Opinion in *Ramirez v. Collier* (March 24, 2022), with regard to audible prayer, I will comply with all lawful directives of ADCRR personnel to (a) limit the volume of any prayer so that medical officials can monitor the inmate's condition; (b) remain silent during critical points in the execution process, including when an execution warrant is read or when ADCRR personnel and/or medical personnel must communicate with one another; (c) speak only to the inmate; (d) immediately leave the execution chamber upon ADCRR personnel determining that I have failed to comply with any of these rules.

9. Pursuant to the U.S. Supreme Court's Opinion in *Ramirez v. Collier* (March 24, 2022), with regard to religious touch, I will comply with all lawful directives of ADCRR personnel to (a) touch the inmate's body only on the inmate's lower leg, specifically the ankle or foot; (b) stand in a location that gives the medical team an unobstructed view of the IV lines, allowing them to watch for problems and quickly respond; (c) terminate any and all religious touch upon directing to minimize risk during critical points in the execution process, such as the insertion of the IV line; (d) undergo any training required by ADCRR personnel so that I may understand the importance of staying away from IV lines and taking whatever other precautions are necessary to avoid problems in the execution chamber; (e) immediately leave the execution chamber upon ADCRR personnel determining that I have failed to comply with any of these rules.

10. I understand that in order to serve as a witness the criminal background check may be updated and I may be removed.

11. I will return this form no later than 5:00 PM _____ to the Media Relations Office by the prescribed on means. Failure to complete and return this form will result in removal from the list of approved witnesses for this execution.

12. I will bring a valid picture identification and be present at _____, at the corner of Hwy 79 and Butte Checkpoint Avenue in Florence, AZ, no later than _____ on

I have read and understand these requirements. By signing this agreement, I agree to comply with its conditions and understand that failure to comply will result in my removal from the institution grounds and may lead to prosecution for violation of law.

| WITNESS SIGNATURE | DATE *(mm/dd/yyyy)* |
| --- | --- |
| | |
| WITNESS ADDRESS | HOME TELEPHONE NUMBER *(area code)* |

**Formatted:** Font: Italic

| CELL PHONE NUMBER *(area code)* | DATE OF BIRTH *(mm/dd/yyyy)* | SOCIAL SECURITY NUMBER |
| --- | --- | --- |
| | | |

710-6
9/30/20