# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood, | No. CV-22-00625-PHX-JAT (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

In this civil rights action, Plaintiff Frank Atwood seeks accommodations for his religious beliefs on the day of and during his impending execution, which is scheduled for June 8, 2022. Specifically, in his First Amended Complaint, Plaintiff alleges his faith requires that he be permitted one hour with his Greek Orthodox priest on the day of, but prior to, his execution, so that he may be tonsured as an Orthodox monk prior to his death. Defendants' failure to accommodate these requests allegedly violates Plaintiff's rights under the First Amendment Establishment and Free Exercise clauses and RLUIPA. The Court directed Defendants to respond to the Amended Complaint, and they moved to dismiss. (Doc. 19). The Court will order expedited briefing on the motion.

Plaintiff also filed a separate action—No. CV-22-00860-PHX-MTL (JZB)—challenging aspects of Defendants' execution protocol. The Complaint in that case challenges Defendants' execution protocol on Eighth and Fourteenth Amendment grounds and also Plaintiff's rights under the ADA and the RA. Defendants moved to consolidate both matters, arguing "both complaints raise challenges to the same execution and seek

highly expedited adjudication and relief." (Doc. 18). Plaintiff has not yet responded to the motion to consolidate. To ensure efficient resolution of both motions, the Court will also order expedited briefing on the motion to consolidate.

**IT IS ORDERED:**

(1) Plaintiff must respond to Defendants' Motion to Dismiss (Doc. 19) and Motion to Consolidate (Doc. 18) no later than Tuesday, May 31, 2022.

(2) Defendants may file a Reply no later than Wednesday, June 1, 2022.

Dated this 25th day of May, 2022.

James A. Teilborg
Senior United States District Judge