JOSEPH J. PERKOVICH, ESQ.
NY Bar No. 4481776
Phillips Black, Inc.
PO Box 4544
New York, NY 10163
Tel: (212) 400-1660
j.perkovich@phillipsblack.org

AMY P. KNIGHT, ESQ.
AZ Bar No. 031374
Knight Law Firm, PC
3849 E Broadway Blvd, #288
Tucson, AZ 85716-5407
Tel: (520) 878-8849
amy@amyknightlaw.com

Attorneys for Frank Jarvis Atwood

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>David Shinn, *et al.*,<br><br>　　　　　Defendants. | No. CV-22-00625-PHX-JAT (JZB)<br><br>**PLAINTIFF'S NOTICE OF INTENT TO FILE EMERGENCY MOTION FOR INJUNCTIVE RELIEF** |

On May 19, 2022, this Court ordered Plaintiff Frank Atwood to file a notice, by May 25, 2022, of whether and when he intends to file an emergency motion for injunctive relief (Doc. 16). On May 25, but before Mr. Atwood filed the required notice,

this Court also ordered him to respond to the Defendants' two pending motions by Tuesday, May 31, 2022. (Doc. 20). Later the same day, this Court ordered the parties must file either an agreed form of injunction or the defendants must file a Notice indicating where they disagree, also by Tuesday, May 31, 2022 (Doc. 21). In light of these developments, if the parties have not fully resolved the case by Tuesday, May 31, 2022, Mr. Atwood will file a motion for preliminary injunctive relief along with his response to the Defendants' Motion to Dismiss (Doc. 19), which will be filed, as this Court has ordered, no later than Tuesday, May 31, 2022.

Dated this 25th day of May 2022.

/s/ Joseph J. Perkovich
JOSEPH J. PERKOVICH
AMY P. KNIGHT
Attorneys for Frank Jarvis Atwood