JOSEPH J. PERKOVICH, ESQ.
NY BAR NO. 4481776
PHILLIPS BLACK, INC.
PO BOX 4544
NEW YORK, NY 10163
TEL: (212) 400-1660
J.PERKOVICH@PHILLIPSBLACK.ORG

AMY P. KNIGHT, ESQ.
AZ BAR NO. 031374
KNIGHT LAW FIRM, PC
3849 E. BROADWAY BLVD., #288
TUCSON, AZ 85716
TEL: (520) 878-8849
AMY@AMYKNIGHTLAW.COM

DAVID A. LANE, ESQ. (PRO HAC VICE PENDING)
CO BAR NO. 16422
REID ALLISON, ESQ. (PRO HAC VICE PENDING)
CO BAR NO. 52754
KILLMER, LANE & NEWMAN, LLP
1543 CHAMPA STREET, SUITE 400
DENVER, CO 80202
TEL: (303) 571-1000
DLANE@KLN-LAW.COM
RALLISON@KLN-LAW.COM
*ATTORNEYS FOR FRANK JARVIS ATWOOD*

MARK BRNOVICH
ATTORNEY GENERAL
(FIRM STATE BAR NO. 14000)
JEFFREY L. SPARKS (AZ BAR NO. 027536)
LAURA P. CHIASSON (AZ BAR NO. 19025)
DAVID AHL (AZ BAR NO. 029212)
ASSISTANT ATTORNEYS GENERAL
CAPITAL LITIGATION SECTION
2005 N. CENTRAL AVENUE
PHOENIX, AZ 85004
TEL: (602) 542-4686
CLDOCKET@AZAG.GOV
*ATTORNEYS FOR DEFENDANTS*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>    Plaintiff,<br><br>-v-<br><br>David Shinn, et al.,<br><br>    Defendants. | CV 22–00625–PHX–JAT (JZB)<br><br>**STIPULATED REQUEST FOR ONE-DAY EXTENSION TO COMPLY WITH COURT'S ORDERS OF MAY 25, 2022** |

1    Plaintiff Frank Jarvis Atwood and Defendants David Shinn, Jason Kimble, Jeff Van Winkle, and Lance Hetmer ("Defendants") request a stipulated one-day extension of time to comply with this Court's orders of May 25, 2022. Dkt. 20; Dkt. 21.

   On May 25, 2022, this Court ordered that, if Defendants agree to accommodate Plaintiff's request for religious accommodations, the parties must submit a proposed form of injunction no later than today, May 31, 2022; if Defendants have not agreed, then they must file a Notice indicating where the parties disagree by that same date. Dkt. 21. Defendants are currently reviewing the requests for specific parameters for religious visits prior to Plaintiff's execution and conduct during Plaintiff's execution that Plaintiff provided to Defendants yesterday, on May 30, 2022, after a further round of drafting between the parties. An extension of one additional day will permit the parties sufficient time to either notify this Court that they are in agreement and file a proposed from of injunction, or to provide this Court with a Notice indicating any specific areas of disagreement.

   This Court also ordered Plaintiff to respond to Defendants' Motion to Dismiss and Motion to Consolidate no later than today, May 31, 2022, and Defendants to file a Reply no later than Wednesday, June 1, 2022. However, if the parties are able to agree on a proposed form of injunction tomorrow, June 1, 2022, these pleadings will likely become moot. As a result, the parties likewise request an extension of one day, to June 1, 2022, for Plaintiff to file his responses to Defendants' motions, and an extension of one-day, to June 2, 2022, for Defendants to file a reply.

/ / /

/ / /

Respectfully submitted this 31st day of May, 2022.

| | |
|---|---|
| Joseph J. Perkovich | Jeffrey L. Sparks |
| Amy P. Knight | Laura Chiasson |
| David A. Lane | David Ahl |
| Reid Allison | Office of the Arizona Attorney General |
| | |
| By: /s/Joseph J. Perkovich | By: /s/Jeffrey L. Sparks |
| Counsel for Plaintiff | Counsel for Defendants |

# CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2022, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and served the attached document using ECF on the following registered participants of the ECF System:

JOSEPH J. PERKOVICH, ESQ.
Phillips Black, Inc.
PO Box 4544
New York, NY 10163
Tel: (212) 400-1660
j.perkovich@phillipsblack.org

AMY P. KNIGHT, ESQ.
Knight Law Firm, PC
3849 E. Broadway Blvd., #288
Tucson, AZ 85716
Tel: (520) 878-8849
amy@amyknightlaw.com

DAVID A. LANE, ESQ.
REID ALLISON, ESQ.
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
Tel: (303) 571-1000
dlane@kln-law.com
rallison@kln-law.com

*Attorneys for Frank Jarvis Atwood*


s/ Maria Palacios