# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>　　Plaintiff,<br><br>　　-vs-<br><br>David Shinn, et al.,<br><br>　　Defendants. | CV 22–00625–PHX–JAT (JZB)<br><br>**[PROPOSED] ORDER** |

Pursuant to stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. If Defendants agree to Plaintiff's religious exercise requests before and during his execution, the parties must also submit to the Court a proposed form of injunction delineating the specific parameters of any religious visits prior to Plaintiff's execution and conduct during Plaintiff's execution. If Defendants have agreed to facilitate Plaintiff's requests, that proposed form of injunction must be filed no later than Wednesday, June 1, 2022. If Defendants have not agreed to facilitate Plaintiff's requests, they must file a Notice indicating where the parties disagree.

2. Plaintiff must respond to Defendants' Motion to Dismiss (Doc. 19) and Motion to Consolidate (Doc. 18) no later than Wednesday, June 1, 2022.

3. Defendants may file a Reply no later than Thursday, June 2, 2022.

DATED this _____ day of May, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable James A. Teilborg
　　　　　　　　　　　　　　　　　　Senior United States District Judge