IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br>             Plaintiff,<br>v.<br>David Shinn, et al.,<br>             Defendants. | No.   CV 22-00625-PHX-JAT (JZB)<br>**ORDER** |

In this civil rights action brought by Plaintiff Frank Atwood, Plaintiff seeks accommodation for his religious exercise prior to and during his execution, which is scheduled for June 8, 2022. In its May 25, 2022 Order, the Court set certain deadlines. (Doc. 21.) Defendants filed an unopposed motion to extend these deadlines. The motion will be granted. Therefore,

**IT IS ORDERED** that Defendants' unopposed motion (Doc. 23) is **granted** as follows:

    1. If Defendants agree to Plaintiff's religious exercise requests before and during his execution, the parties must also submit to the Court a proposed form of injunction delineating the specific parameters of any religious visits prior to Plaintiff's execution and conduct during Plaintiff's execution. If Defendants have agreed to facilitate Plaintiff's requests, that proposed form of injunction must be filed no later than Wednesday, June 1, 2022. If Defendants have not agreed to facilitate Plaintiff's requests, they must file a Notice indicating where the parties disagree.

2. Plaintiff must respond to Defendants' Motion to Dismiss (Doc. 19) and Motion to Consolidate (Doc. 18) no later than Wednesday, June 1, 2022.

3. Defendants may file a Reply no later than Thursday, June 2, 2022.

Dated this 1st day of June, 2022.

_____
James A. Teilborg
Senior United States District Judge