1 MARK BRNOVICH
ATTORNEY GENERAL
2 (FIRM STATE BAR NO. 14000)

3 JEFFREY L. SPARKS (STATE BAR NO. 027536)
LAURA P. CHIASSON (STATE BAR NO. 19025)
4 DAVID AHL (STATE BAR NO. 029212)
ASSISTANT ATTORNEYS GENERAL
5 CAPITAL LITIGATION SECTION
2005 N. CENTRAL AVENUE
6 PHOENIX, ARIZONA 85004
TELEPHONE: (602) 542-4686
7 CLDOCKET@AZAG.GOV

8 ATTORNEYS FOR DEFENDANTS

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br>　　　　　　Plaintiff,<br><br>-v-<br><br>David Shinn, et al.,<br>　　　　　　Defendants. | CV 22–00625–PHX–JAT (JZB)<br><br>**NOTICE OF AREAS OF DISAGREEMENT REGARDING ACCOMMODATION OF PLAINTIFF'S RELIGIOUS EXERCISE REQUESTS** |

Pursuant to this Court's orders of May 25, 2022 (Dkt. 21), and June 1, 2022 (Dkt. 24), Defendants provide this Notice to the Court indicating Defendants' agreements to Plaintiff's religious exercise requests and the areas where the parties disagree.

Defendants agree to the following accommodations to Plaintiff's religious exercise requests and would consent to an injunction containing these terms:

1. ADCRR shall permit Plaintiff's spiritual advisor to have limited contact visitation with Plaintiff between the hours of 7:00 a.m. and 9:00 a.m. on the morning of June 7, 2022 for purposes of religious exercise, including performing tonsure and last rites, all of which must be completed by 9:00 a.m. ADCRR will require Plaintiff to be restrained in a restraint chair,

outside the cell, during this time.

2. ADCRR shall provide Plaintiff's spiritual advisor with electric clippers to use in performing the tonsure. ADCRR shall allow the spiritual advisor to recite prayers, place ceremonial garments on Plaintiff, trim a lock of Plaintiff's hair, and bring an assistant (an additional priest from St. Anthony's monastery, whose name will be submitted at least one week prior to the execution), with his traditional vestments, to serve as a chanter during the tonsure. ADCRR shall also allow Plaintiff's spiritual advisor to bring in a ceremonial vestment to be worn by Plaintiff for the tonsure, and Plaintiff will be permitted to wear this vestment during the ceremony. Permissible elements of this vestment shall be limited to an outer garment/robe ("zostiko"), short vest ("kondo"), covering made of thin cords woven into crosses ("polystavros"), hat ("Skoufos"), veil ("Koukouli"), scapular ("Great Schema"), belt, and shoes. ADCRR shall also permit Plaintiff's spiritual advisor to lay hands on Plaintiff's head, place a garment across Plaintiff's head, shoulders, and/or torso, and anoint Plaintiff with oil during the tonsure ceremony.

3. ADCRR shall permit Plaintiff's spiritual advisor to lay hands on Plaintiff's head and place a last rites garment across Plaintiff's shoulders. In performing last rites, ADCRR shall allow the spiritual advisor to wear his usual vestments, including his stole, and to bring in three small spiral bound service books containing prayers, a vial of sacramental oil, a vial of holy water, a handheld cross, a small prayer rope, and a candle. ADCRR shall provide matches or a lighter to light the candle.

4. ADCRR shall permit Plaintiff's spiritual advisor to accompany Plaintiff when Plaintiff is escorted into the lethal injection chamber.

5. While in the lethal injection chamber, ADCRR shall permit Plaintiff's spiritual advisor to touch Plaintiff on the ankle or foot. ADCRR may require

Plaintiff's spiritual advisor to comply with all lawful directives of ADCRR personnel to: (a) touch Plaintiff only on the ankle or foot; (b) stand in a location that gives the medical team an unobstructed view of the IV lines; (c) terminate touching Plaintiff on the ankle or foot during critical points in the execution process, such as during insertion of the IV line; and (d) immediately leave the lethal injection chamber upon ADCRR personnel determining that he has failed to comply with any of these requirements.

6. While in the lethal injection chamber, ADCRR shall permit Plaintiff's spiritual advisor to engage in audible prayer. ADCRR may require Plaintiff's spiritual advisor to comply with all lawful directives of ADCRR personnel to (a) limit the volume of any prayer so that medical officials can monitor Plaintiff's condition; (b) remain silent during critical points in the execution process, including when an execution warrant is read or when ADCRR personnel and/or medical personnel must communicate with one another; (c) speak only to Plaintiff; and (d) immediately leave the lethal injection chamber upon ADCRR personnel determining that he has failed to comply with any of these requirements.

7. All persons and items entering and ADCRR facility shall be subject to standard security inspection protocols.

Plaintiff has indicated that there are three items listed above that he does not agree to, and which Defendants do not agree to accommodate:

1. Requiring the use of a restraint chair (vs. wheelchair and leg shackles) during the tonsure ceremony.
2. Limiting touch to the feet and ankles, with no qualification for how Plaintiff is ultimately positioned.
3. Disallowing the use of the priestly stole inside the execution chamber.

3

Respectfully submitted this 1st day of June, 2022.

          Mark Brnovich
          Attorney General

          s/ Jeffrey Sparks
          Deputy Solicitor General/
          Chief Counsel of Capital
          Litigation

          David Ahl
          Laura Chiasson
          Assistant Attorneys General

          Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2022, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and served the attached document using ECF on the following registered participants of the ECF System:

Joseph J. Perkovich
Amy P. Knight
David A. Lane
Reid Allison
j.perkovich@phillipsblack.org
amy@amyknightlaw.com
dlane@kln-law.com
rallison@kln-law.com

*Attorneys for Plaintiff*

s/ Liz Gallagher

S8Q0ERB10EZWNP

5