# EXHIBIT 3

# ATTACHMENT

| | |
|---|---|
| 1 | Thomas C. Horne<br>Attorney General |
| 2 | |
| 3 | Michael J. Hrnicek<br>Assistant Attorney General<br>State Bar of Arizona No. 022900 |
| 4 | 1275 W. Washington Street<br>Phoenix, Arizona 85007-2926 |
| 5 | Telephone: (602) 542-1610<br>Fax: (602) 542-7670 |
| 6 | E-mail: michael.hrnicek@azag.gov |
| 7 | *Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

Frank Jarvis Atwood,

    Plaintiff,

v.

Michael Linderman, et al.,

    Defendants.

No. CV 13-00174-PHX-JAT

**SETTLEMENT AGREEMENT**

    Plaintiff Frank Atwood and Defendants Director Charles Ryan and Michael Linderman hereby agree to resolve this case, in its entirety, pursuant to the following terms:

1. Atwood will receive a religious visit every other week, for two hours each in length;

2. Each religious visit will afford Atwood to participate in sacraments;

3. The terms of this Settlement Agreement are to remain confidential. Dissemination or publication of it constitutes a material breach of its terms;

4. This Settlement Agreement is to be construed consistent with the laws of the State of Arizona;

5. Defendants agree to reimburse Atwood for his filing fee in this matter;

6. The parties agree to bear all other costs and fees themselves;

7. Upon execution of this Settlement Agreement, the parties stipulate to dismiss this action with prejudice;

8. The Settlement Agreement and its terms terminate upon Atwood's discharge from ADC custody;

9. This Settlement Agreement represents the entire understanding of the parties.

DATED this 13th day of August, 2014.

Thomas C. Horne
Attorney General

Michael J. Hrnicek
Assistant Attorney General
*Attorneys for Defendants*

Frank Atwood
Plaintiff pro per

#4104371

2