# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>                Plaintiff,<br><br>v.<br><br>David Shinn, *et al.*,<br><br>                Defendants. | No.: CV22-00625-PHX-JAT (JZB)<br><br>**[PROPOSED] ORDER OF PRELIMINARY INJUNCTION**<br><br>**\*\*CAPITAL CASE\*\***<br><br>**Execution scheduled for June 8, 2022 at 10:00 am** |

    Plaintiff having shown good cause pursuant to Federal Rule of Civil Procedure 65 for entry of a preliminary injunction, it is hereby ordered that Defendants, their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, are prohibited from executing Mr. Atwood without first permitting (1) his participation in a tonsure ceremony while confined to his wheelchair, with leg shackles, but *not* in a restraint chair, and (2) receipt of last rites from his spiritual advisor inside the execution chamber, including the placement of the priestly stole on his head. It is further ordered that should Defendants be required to conduct a lethal gas execution, they will not proceed without accommodating his need to receive last rites as

1

required by the Religious Land Use and Institutionalized Persons Act (RLUIPA) and the First and Fourteenth Amendments to the United States Constitution.

DATED: June __, 2022

_____
United States District Judge