JOSEPH J. PERKOVICH, ESQ.
NY Bar No. 4481776
Phillips Black, Inc.
PO Box 4544
New York, NY 10163
Tel: (212) 400-1660
j.perkovich@phillipsblack.org

AMY P. KNIGHT, ESQ.
AZ Bar No. 031374
Knight Law Firm, PC
3849 E Broadway Blvd, #288
Tucson, AZ 85716-5407
Tel: (520) 878-8849
amy@amyknightlaw.com

DAVID A. LANE, ESQ. (*pro hac vice*)
CO Bar No. 16422
REID ALLISON, ESQ. (*pro hac vice*)
CO Bar No. 52754
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
Tel: (303) 571-1000
dlane@kln-law.com
rallison@kln-law.com
*Attorneys for Frank Jarvis Atwood*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Frank Jarvis Atwood, | No. CV-22-00625-PHX-JAT (JZB) |
| Plaintiff, | **NOTICE OF FILING OF AGREED PROPOSED FORM OF INJUNCTION** |
| v. | |
| David Shinn, *et al.*, | |
| Defendants. | |

Pursuant to this Court's June 2, 2022 Order (Doc. 29), Plaintiff is filing, attached to this notice, a proposed form of injunction to which both parties have agreed, subject to Defendants' statement that "In the event this Court denies Plaintiff's request that the priestly stole may be placed on Plaintiff's head by his spiritual advisor, Defendants request that paragraph 5 of the proposed form of injunction state that ADCRR may also require Plaintiff's spiritual advisor to comply with all lawful directives of ADCRR personnel to 'touch Plaintiff only on the ankle or foot.'"

Further, Plaintiff hereby confirms that the two remaining disputed issues identified in this Court's Order (Doc. 29) are indeed the two issues still requiring resolution, and Plaintiff is not seeking resolution of any additional accommodations for a lethal injection execution.

Dated this 2nd day of June, 2022.

/s/ Amy P. Knight
JOSEPH J. PERKOVICH
AMY P. KNIGHT
DAVID LANE
REID ALLISON
Attorneys for Frank Jarvis Atwood