# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Frank Jarvis Atwood,

     Plaintiff,

     vs.

David Shinn, et al.,

     Defendants.

CV 22–00625–PHX–JAT

[PROPOSED] FORM OF STIPULATED INJUNCTION

Pursuant to the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. ADCRR shall permit Plaintiff's spiritual advisor to have limited contact visitation with Plaintiff between the hours of 7:00 a.m. and 9:00 a.m. on the morning of June 7, 2022 for purposes of religious exercise, including performing tonsure and last rites, all of which must be completed by 9:00 a.m.

2. ADCRR shall provide Plaintiff's spiritual advisor with electric clippers to use in performing the tonsure.  ADCRR shall allow the spiritual advisor to recite prayers, place ceremonial garments on Plaintiff,  trim a lock of Plaintiff's hair, and bring an assistant (an additional priest from St. Anthony's monastery, whose name will be submitted at least one week prior to the execution), with his traditional vestments, to serve as a chanter during the tonsure.  ADCRR shall also allow Plaintiff's spiritual advisor to bring in a ceremonial vestment to be worn by Plaintiff for the tonsure, and Plaintiff will be permitted to wear this vestment during the ceremony.  Permissible elements of this vestment shall be limited to an outer garment/robe ("zostiko"), short vest ("kondo"), covering made of thin cords woven into crosses ("polystavros"), hat ("Skoufos"), veil ("Koukouli"), scapular ("Great

1

Schema"), belt, and shoes.   ADCRR shall also permit Plaintiff's spiritual advisor to lay hands on Plaintiff's head, place a garment across Plaintiff's head, shoulders, and/or torso, and anoint Plaintiff with oil during the tonsure ceremony.

3. ADCRR shall permit Plaintiff's spiritual advisor to lay hands on Plaintiff's head and place a last rites garment across Plaintiff's shoulders.  In performing last rites, ADCRR shall allow the spiritual advisor to wear his usual vestments, including his stole, and to bring in three small spiral bound service books containing prayers, a vial of sacramental oil, a vial of holy water, a handheld cross, a small prayer rope, and a candle.  ADCRR shall provide matches or a lighter to light the candle.

4. ADCRR shall permit Plaintiff's spiritual advisor to accompany Plaintiff when Plaintiff is escorted into the lethal injection chamber.

5. While in the lethal injection chamber, ADCRR shall permit Plaintiff's spiritual advisor to touch Plaintiff on the ankle or foot.  ADCRR may require Plaintiff's spiritual advisor to comply with all lawful directives of ADCRR personnel to: (a) stand in a location that gives the medical team an unobstructed view of the IV lines; (b) terminate touching Plaintiff on the ankle or foot during critical points in the execution process, such as during insertion of the IV line; and (c) immediately leave the lethal injection chamber upon ADCRR personnel determining that he has failed to comply with any of these requirements.

6. While in the lethal injection chamber, ADCRR shall permit Plaintiff's spiritual advisor to engage in audible prayer.   ADCRR may require Plaintiff's spiritual advisor to comply with all lawful directives of ADCRR personnel to (a) limit the volume of any prayer so that medical officials can monitor Plaintiff's condition; (b) remain silent during critical points in the execution process, including when an execution warrant is read or when

ADCRR personnel and/or medical personnel must communicate with one another; (c) speak only to Plaintiff; and (d) immediately leave the lethal injection chamber upon ADCRR personnel determining that he has failed to comply with any of these requirements.

7. All persons and items entering and ADCRR facility shall be subject to standard security inspection protocols.

DATED this _____ day of June, 2022.


_____
Honorable James A. Teilborg
Senior United States District Judge