# EXHIBIT  A











# EXHIBIT  B

**Chiasson, Laura**

| | |
|---|---|
| **From:** | Sparks, Jeffrey |
| **Sent:** | Thursday, May 26, 2022 2:58 PM |
| **To:** | j.perkovich@phillipsblack.org; Amy Knight; David Lane |
| **Cc:** | Chiasson, Laura; Ahl, David |
| **Subject:** | cv-22-00625-PHX-JAT - draft proposed stipulated injunction |
| **Attachments:** | draft proposed stipulated injunction.DOC |

Joe,
  Pursuant to Judge Teilborg's May 25, 2022, order, please see the attached draft of a proposed stipulated injunction in this case. Based on the amended complaint, we believe this addresses your client's requested religious exercise. We are happy to consider any suggested additions, changes, etc. you may have.
Thank you,
Jeff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Frank Jarvis Atwood,

    Plaintiff,

    -vs-

David Shinn, et al.,

    Defendants.

CV 22–00625–PHX–JAT (JZB)

[PROPOSED] STIPULATED INJUNCTION

Pursuant to stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. ADCRR shall permit Plaintiff's spiritual advisor to have visitation with Plaintiff between the hours of 7:00 a.m. and 9:00 a.m. on the morning of the execution for purposes of religious exercise including performing tonsure and last rites, all of which must be completed by 9:00 a.m. ADCRR will require Plaintiff to be restrained in a restraint chair, outside the holding cell, during this time.

2. ADCRR shall provide Plaintiff's spiritual advisor with electric clippers to use in performing the tonsure.

3. ADCRR shall permit Plaintiff's spiritual advisor to lay hands on Plaintiff's head and place a last rites garment across Plaintiff's shoulders.

4. ADCRR shall permit Plaintiff's spiritual advisor to accompany Plaintiff when Plaintiff is escorted into the lethal injection chamber.

5. While in the lethal injection chamber, ADCRR shall permit Plaintiff's spiritual advisor to touch Plaintiff on the ankle or foot. ADCRR may require Plaintiff's spiritual advisor to comply with all lawful directives of ADCRR personnel to: (a) touch Plaintiff only on the ankle or foot; (b) stand in a location that gives the medical team an unobstructed view of the IV lines; (c)

1

terminate touching Plaintiff on the ankle or foot during critical points in the execution process, such as during insertion of the IV line; and (d) immediately leave the lethal injection chamber upon ADCRR personnel determining that he has failed to comply with any of these requirements.

6. While in the lethal injection chamber, ADCRR shall permit Plaintiff's spiritual advisor to engage in audible prayer.  ADCRR may require Plaintiff's spiritual advisor to comply with all lawful directives of ADCRR personnel to (a) limit the volume of any prayer so that medical officials can monitor Plaintiff's condition; (b) remain silent during critical points in the execution process, including when an execution warrant is read or when ADCRR personnel and/or medical personnel must communicate with one another; (c) speak only to Plaintiff; and (d) immediately leave the lethal injection chamber upon ADCRR personnel determining that he has failed to comply with any of these requirements.

DATED this ____ day of June, 2022.


Honorable James A. Teilborg
Senior United States District Judge

# EXHIBIT  C

**Chiasson, Laura**

| | |
|---|---|
| **From:** | Amy Knight <amy@amyknightlaw.com> |
| **Sent:** | Monday, May 30, 2022 9:53 AM |
| **To:** | Sparks, Jeffrey |
| **Cc:** | Joe Perkovich; Sam Kooistra; David Lane; Reid Allison; Chiasson, Laura |
| **Subject:** | Atwood: proposed injunction |
| **Attachments:** | 2022-05-30 Draft injunction (Atwood).doc; ATT00001.htm |

Jeff,

Thank you for sending your proposed injunction. Here is our proposal (it is based on yours, as you will see).

Thank you,

Amy

1

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Frank Jarvis Atwood,

    Plaintiff,

    -vs-

David Shinn, et al.,

    Defendants.

CV 22–00625–PHX–JAT (JZB)

[PROPOSED] STIPULATED INJUNCTION

Pursuant to stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. ADCRR shall permit Plaintiff's spiritual advisor to have contact visitation with Plaintiff for two hours on the morning of June 7, 2022, for purposes of religious exercise including performing a tonsure ceremony. ADCRR will permit Plaintiff to remain seated in his wheelchair during this time, but may require him to wear ankle shackles.

2. ADCRR shall permit Plaintiff's spiritual advisor to perform the tonsure ceremony on Plaintiff. In completion of this ceremony, the spiritual advisor shall be permitted to recite prayers, place ceremonial garments on Plaintiff, and trim a lock of Plaintiff's hair,

3. Plaintiff's spiritual advisor will be permitted to wear his usual vestments, including his stole, and to bring in three small spiral bound service books containing prayers, a vial of sacramental oil, a vial of holy water, a handheld cross, a small prayer rope, and a candle. He will be permitted to bring an assistant (an additional priest from St. Anthony's monastery, whose name will be submitted at least one week prior to the execution), with his traditional vestments, to serve as a chanter during the tonsure.

1

4. Plaintiff's spiritual advisor will be permitted to bring in a ceremonial vestment to be worn by Plaintiff for the tonsure, and Plaintiff will be permitted to wear this vestment during the ceremony. Permissible elements of this vestment shall include an outer garment/robe ("zostiko"), short vest ("kondo"), covering made of thin cords woven into crosses ("polystavros"), hat ("Skoufos"), veil ("Koukouli"), scapular ("Great Schema"), belt, and shoes.

5. ADCRR shall provide Plaintiff's spiritual advisor with electric clippers to use in performing the tonsure and matches or a lighter to light the candle.

6. ADCRR shall permit Plaintiff's spiritual advisor to lay hands on Plaintiff's head, place a garment across Plaintiff's head, shoulders, and/or torso, and anoint Plaintiff with oil during the tonsure ceremony.

7. The tonsure ceremony is not a substitute or replacement for last rites rituals. In addition to the tonsure ceremony performed the day before the execution, Plaintiff's spiritual advisor shall be permitted to perform last rites on the day of the execution.

8. If the execution proceeds by lethal injection, ADCRR shall permit Plaintiff's spiritual advisor to accompany Plaintiff when Plaintiff is escorted into the lethal injection chamber (also referenced as "execution room," D.O. 710, Att. D., part D.3).

9. While in the lethal injection chamber, ADCRR shall permit Plaintiff's spiritual advisor to touch Plaintiff. In the event Plaintiff is restrained on the execution table pursuant to D.O. 710, part 13.5.2.3, he will be permitted to physically touch Plaintiff only on the ankle or foot.

10.    In the event Plaintiff is otherwise restrained in a seated position, Plaintiff's spiritual advisor will be permitted to physically touch Plaintiff on places of his body, such as his shoulder, in a manner that will not impede the necessary activities of the medical team.

11. In all cases, ADCRR may require Plaintiff's spiritual advisor to comply with all lawful directives of ADCRR personnel to: (a) stand in a location that gives the medical team an unobstructed view of the IV lines; (b) move as reasonably necessary to accommodate the activities of ADCRR personnel; (c) terminate touching Plaintiff during critical points in the execution process, such as during insertion of the IV line; and (d) immediately leave the lethal injection chamber upon ADCRR personnel determining that he has failed to comply with any of these requirements.

12. While in the lethal injection chamber, ADCRR shall permit Plaintiff's spiritual advisor to engage in audible prayer.  ADCRR may require Plaintiff's spiritual advisor to comply with all lawful directives of ADCRR personnel to (a) limit the volume of any prayer so that medical officials can monitor Plaintiff's condition; (b) remain silent during critical points in the execution process, including when an execution warrant is read or when ADCRR personnel and/or medical personnel must communicate with one another; (c) speak only to Plaintiff; and (d) immediately leave the lethal injection chamber upon ADCRR personnel determining that he has failed to comply with any of these requirements.

13. Paragraphs 8-12 will not apply in the case of an execution by lethal gas. In the event of an execution by lethal gas, a separate order will be required.

DATED this ___ day of June, 2022.


_____
Honorable James A. Teilborg
Senior United States District Judge

# EXHIBIT  D

**Chiasson, Laura**

| | |
|---|---|
| **From:** | Sparks, Jeffrey |
| **Sent:** | Wednesday, June 01, 2022 10:45 AM |
| **To:** | 'Amy Knight' |
| **Cc:** | Joe Perkovich; Sam Kooistra; David Lane; Reid Allison; Chiasson, Laura; Ahl, David |
| **Subject:** | RE: Atwood: proposed injunction |
| **Attachments:** | Draft Injunction (Defendants, 6-1-2022).DOC |

Hi Amy,

   Attached is Defendants' proposed injunction, based on your proposal sent on Monday.  Please let me know if it is acceptable, or if not, on which areas we are in disagreement so we can notify the court.
Thank you,
Jeff

Jeff Sparks
Chief Counsel
Capital Litigation Section



Office of the Attorney General
Solicitor General's Office
Capital Litigation Section
2005 N. Central Ave.
Phoenix, AZ 85004
(602) 542-4686
Jeffrey.Sparks@azag.gov

---

**From:** Amy Knight <amy@amyknightlaw.com>
**Sent:** Monday, May 30, 2022 4:28 PM
**To:** Sparks, Jeffrey <Jeffrey.Sparks@azag.gov>
**Cc:** Joe Perkovich <j.perkovich@phillipsblack.org>; Sam Kooistra <sam@azcapitalproject.org>; David Lane <dlane@kln-law.com>; Reid Allison <rallison@kln-law.com>; Chiasson, Laura <Laura.Chiasson@azag.gov>; Ahl, David <David.Ahl@azag.gov>
**Subject:** Re: Atwood: proposed injunction

Hi Jeff,

Thanks for your email and for seeking to clarify. We appreciate it.
By last rites, we mean that the spiritual advisor be permitted to pray aloud and place hands on Mr. Atwood, and also that at some point after entering the execution chamber but before the lethal drugs are administered, the spiritual advisor be permitted to place his stole on Mr. Atwood's head, which is a crucial part of certain Orthodox sacraments. But the bulk of the specific ceremonial actions would occur during the tonsure ceremony.

Please let me know if that is unclear or if I can answer further questions about this.

Thank you,

Amy

Amy Knight, Esq. (She/Her/Hers)
Knight Law Firm, PC
3849 E Broadway Blvd #288
Tucson, AZ 85716
520-878-8849
amy@amyknightlaw.com

This electronic message is confidential and is intended only for the use of the individual to whom it is addressed. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, you are hereby notified that any use, dissemination, distribution or reproduction of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify me by electronic message or telephone at 520-878-8849 and delete the message from your system.

On May 30, 2022, at 2:27 PM, Sparks, Jeffrey <Jeffrey.Sparks@azag.gov> wrote:

Hi Amy,
   Thank you for your proposal. I will get back to you as soon as I can once Defendants have had a chance to review it.

   In the meantime, I have a few questions regarding last rites to make sure we're all on the same page. When does your client's spiritual advisor contemplate performing last rites, and does he require any accommodations in order to perform them? I don't see any specific provision regarding last rites other than that he shall be permitted to perform them on the day of the execution, and I just want to make sure everyone is aware of the expectations so that they can be accommodated without any surprises for either party.

Thanks,
Jeff

---

**From:** Amy Knight <amy@amyknightlaw.com>
**Sent:** Monday, May 30, 2022 9:53 AM
**To:** Sparks, Jeffrey <Jeffrey.Sparks@azag.gov>
**Cc:** Joe Perkovich <j.perkovich@phillipsblack.org>; Sam Kooistra <sam@azcapitalproject.org>; David Lane <dlane@kln-law.com>; Reid Allison <rallison@kln-law.com>; Chiasson, Laura <Laura.Chiasson@azag.gov>
**Subject:** Atwood: proposed injunction

Jeff,

Thank you for sending your proposed injunction. Here is our proposal (it is based on yours, as you will see).

Thank you,

Amy

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Frank Jarvis Atwood,

    Plaintiff,

    -vs-

David Shinn, et al.,

    Defendants.

CV 22–00625–PHX–JAT

[PROPOSED] FORM OF
STIPULATED INJUNCTION

Pursuant to the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. ADCRR shall permit Plaintiff's spiritual advisor to have limited contact visitation with Plaintiff between the hours of 7:00 a.m. and 9:00 a.m. on the morning of June 7, 2022 for purposes of religious exercise, including performing tonsure and last rites, all of which must be completed by 9:00 a.m. ADCRR will require Plaintiff to be restrained in a restraint chair, outside the cell, during this time.

2. ADCRR shall provide Plaintiff's spiritual advisor with electric clippers to use in performing the tonsure. ADCRR shall allow the spiritual advisor to recite prayers, place ceremonial garments on Plaintiff, trim a lock of Plaintiff's hair, and bring an assistant (an additional priest from St. Anthony's monastery, whose name will be submitted at least one week prior to the execution), with his traditional vestments, to serve as a chanter during the tonsure. ADCRR shall also allow Plaintiff's spiritual advisor to bring in a ceremonial vestment to be worn by Plaintiff for the tonsure, and Plaintiff will be permitted to wear this vestment during the ceremony. Permissible elements of this vestment shall be limited to an outer garment/robe ("zostiko"), short vest ("kondo"), covering made of thin cords woven into

1

crosses ("polystavros"), hat ("Skoufos"), veil ("Koukouli"), scapular ("Great Schema"), belt, and shoes.   ADCRR shall also permit Plaintiff's spiritual advisor to lay hands on Plaintiff's head, place a garment across Plaintiff's head, shoulders, and/or torso, and anoint Plaintiff with oil during the tonsure ceremony.

3. ADCRR shall permit Plaintiff's spiritual advisor to lay hands on Plaintiff's head and place a last rites garment across Plaintiff's shoulders. In performing last rites, ADCRR shall allow the spiritual advisor to wear his usual vestments, including his stole, and to bring in three small spiral bound service books containing prayers, a vial of sacramental oil, a vial of holy water, a handheld cross, a small prayer rope, and a candle. ADCRR shall provide matches or a lighter to light the candle.

4. ADCRR shall permit Plaintiff's spiritual advisor to accompany Plaintiff when Plaintiff is escorted into the lethal injection chamber.

5. While in the lethal injection chamber, ADCRR shall permit Plaintiff's spiritual advisor to touch Plaintiff on the ankle or foot. ADCRR may require Plaintiff's spiritual advisor to comply with all lawful directives of ADCRR personnel to: (a) touch Plaintiff only on the ankle or foot; (b) stand in a location that gives the medical team an unobstructed view of the IV lines; (c) terminate touching Plaintiff on the ankle or foot during critical points in the execution process, such as during insertion of the IV line; and (d) immediately leave the lethal injection chamber upon ADCRR personnel determining that he has failed to comply with any of these requirements.

6. While in the lethal injection chamber, ADCRR shall permit Plaintiff's spiritual advisor to engage in audible prayer.   ADCRR may require Plaintiff's spiritual advisor to comply with all lawful directives of ADCRR personnel to (a) limit the volume of any prayer so that medical officials can monitor Plaintiff's condition; (b) remain silent during critical points in the

2

execution process, including when an execution warrant is read or when ADCRR personnel and/or medical personnel must communicate with one another; (c) speak only to Plaintiff; and (d) immediately leave the lethal injection chamber upon ADCRR personnel determining that he has failed to comply with any of these requirements.

7. All persons and items entering and ADCRR facility shall be subject to standard security inspection protocols.

DATED this _____ day of June, 2022.

_____
Honorable James A. Teilborg
Senior United States District Judge