JOSEPH J. PERKOVICH, ESQ. (*pro hac vice*)
NY Bar No. 4481776
Phillips Black, Inc.
PO Box 4544
New York, NY 10163
Tel: (212) 400-1660
j.perkovich@phillipsblack.org

AMY P. KNIGHT, ESQ.
AZ Bar No. 031374
Knight Law Firm, PC
3849 E Broadway Blvd, #288
Tucson, AZ 85716-5407
Tel: (520) 878-8849
amy@amyknightlaw.com

DAVID A. LANE, ESQ. (*pro hac vice*)
CO Bar No. 16422
REID ALLISON, ESQ. (*pro hac vice*)
CO Bar No. 52754
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
Tel: (303) 571-1000
dlane@kln-law.com
rallison@kln-law.com

Attorneys for Frank Jarvis Atwood

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>     Plaintiff,<br><br>v.<br><br>David Shinn, *et al.*,<br><br>     Defendants. | No.: CV22-00625-PHX-JAT (JZB)<br><br>**PLAINTIFF'S SUPPLEMENTAL RESPONSE**<br><br>**\*\*CAPITAL CASE\*\*** |

1

**Execution scheduled for June 8, 2022 at 10:00 am**

Plaintiff Frank Atwood respectfully files this SUPPLEMENTAL RESPONSE in response to the Court's request:

This Honorable Court has requested further briefing on several key issues in this matter. This Court specifically wanted information on 1) How long the last rites ceremony takes?; 2) why a last rites ceremony performed prior to entering the execution chamber is a substantial burden on his religion?; 3) exactly how long before death would be religiously inadequate?; and 4) whether Plaintiff can confirm that Plaintiff seeks to do last rites in the presence of multiple non-religious people in the execution chamber?

Undersigned counsel knows virtually nothing about Greek Orthodoxy so counsel contacted the Greek Orthodox monastery in Florence, Arizona which is the congregation intimately involved in this case, of which Frank Atwood has been a member for decades. Counsel spoke to Father Philaretos who will be in attendance at Mr. Atwood's execution and is very familiar with the facts and circumstances of this case. He informs counsel of the following:

1) The last rites ceremony takes approximately 45 minutes. It is best done closer to death, however it can be bifurcated and much of it can be done in conjunction with the Tonsure ceremony currently set for tomorrow, June 7, 2022;

2) Last rites on the day of execution consist of communion, confession and prayer. Communion and confession can occur immediately prior to entering the execution chamber and that should take no more than 20 minutes;

3) The prayer component of last rites will occur once Mr. Atwood is strapped to the execution table. It is essential that a stole (a piece of cloth with holy significance) be placed on Mr. Atwood's head, with Father Paisios laying hands upon him and quietly engaged in oral prayer.

If this Court has any further questions, we are certainly able to communicate with the Monastery and obtain any further information this Court finds to be helpful.

Respectfully submitted,

Dated this 6th day of June, 2022.

/s/     David A. Lane

Joseph J. Perkovich
Amy P. Knight
David Lane
Reid Allison

Attorneys for Frank Atwood

.