JOSEPH J. PERKOVICH, ESQ. (*pro hac vice*)
NY Bar No. 4481776
Phillips Black, Inc.
PO Box 4544
New York, NY 10163
Tel: (212) 400-1660
j.perkovich@phillipsblack.org

AMY P. KNIGHT, ESQ.
AZ Bar No. 031374
Knight Law Firm, PC
3849 E Broadway Blvd, #288
Tucson, AZ 85716-5407
Tel: (520) 878-8849
amy@amyknightlaw.com

DAVID A. LANE, ESQ. (*pro hac vice*)
CO Bar No. 16422
REID ALLISON, ESQ. (*pro hac vice*)
CO Bar No. 52754
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado   80202
Tel:  (303) 571-1000
dlane@kln-law.com
rallison@kln-law.com

Attorneys for Frank Jarvis Atwood

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood, | No.: CV22-00625-PHX-JAT (JZB) |
| Plaintiff, | |
| v. | **PLAINTIFF'S SECOND SUPPLEMENTAL RESPONSE** |
| David Shinn, *et al.*, | |
| Defendants. | **\*\*CAPITAL CASE\*\*** |

1

**Execution scheduled for June 8, 2022 at 10:00 am**

Plaintiff Frank Atwood respectfully files this SECOND SUPPLEMENTAL RESPONSE in response to the Court's request:

This Honorable Court has requested further briefing on several key issues in this matter. This Court specifically wanted information on the following issues:

Father Philaretos has informed undersigned counsel that the only part of the religious ceremony which *must* take place in the execution chamber involves laying the stole on Mr. Atwood's head, touching him, and praying for him *during* the actual time his immortal soul is passing from his body, which is when the lethal drugs begin to take effect and ultimately kill Mr. Atwood. This obviously cannot be accomplished prior to the execution or outside of the death chamber;

Father Philaretos has informed undersigned counsel that in Greek Orthodoxy, it is *preferred* that communion and confession occur as close to death as possible but it is not mandatory that it occur in the execution chamber and it can be done shortly before entering that chamber;

The Father also informs undersigned counsel that various prayers associated with last rites can be recited at the tonsure ceremony and need not occur on the day of Mr. Atwood's execution. As to communion and confession as last rites, it is *possible* to do them the day prior to the execution at the tonsure ceremony but that is considered by the Father to be a very much disfavored option as the religion stresses that those two things should be done as close to the time of death as possible.

If this Court has any further questions, we are certainly able to communicate with the Monastery and obtain any further information this Court finds to be helpful.

Respectfully submitted,

Dated this 6th day of June, 2022.

/s/    David A. Lane

Joseph J. Perkovich
Amy P. Knight
David Lane
Reid Allison

Attorneys for Frank Atwood