IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood, | No. CV-22-00625-PHX-JAT (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

On April 13, 2022, Plaintiff Frank Atwood sued various Arizona Department of Corrections, Rehabilitation, and Reentry ("ADCRR") officials to allow his Greek Orthodox priest to be present at Plaintiff's side during his execution to pray and administer last rites, including placing his hands on Plaintiff and speaking to him directly, to accommodate Plaintiff's religious exercise. Plaintiff later amended his complaint to further allege Defendants' execution protocol did not provide Plaintiff with the opportunity to undergo a tonsure ceremony or to have his last rites performed.

After expedited briefing, the parties agreed on certain accommodations for Plaintiff's religious exercise and the Court granted aspects of Plaintiff's request for emergency injunctive relief. As of today, neither party appealed the Court's injunction. On June 8, 2022, Plaintiff was executed by lethal injection.

Because Plaintiff sought only injunctive relief, it appears this matter is moot. The Court will, however, require counsel for Plaintiff and Defendants to file a status report indicating what, if any, issues remain for resolution.

**IT IS THEREFORE ORDERED** that no later than Friday, June 17, 2022, counsel for Plaintiff and Defendants must file a status report indicating what, if any, issues remain for resolution and if none the parties shall stipulate to the dismissal of this case.

Dated this 10th day of June, 2022.

*James A. Teilborg*
Senior United States District Judge