JOSEPH J. PERKOVICH
NY Bar No. 4481776
Phillips Black, Inc.
PO Box 4544
New York, NY 10163
Tel: (212) 400-1660
j.perkovich@phillipsblack.org

AMY P. KNIGHT
AZ Bar No. 031374
Knight Law Firm, PC
3849 E Broadway Blvd, #288
Tucson, AZ 85716-5407
Tel: (520) 878-8849
amy@amyknightlaw.com

*Additional counsel listed on signature page*

*Attorneys for Frank Jarvis Atwood*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood, | CASE NO. 2:22-cv-00625-PHX-JAT |
| Plaintiff, | |
| v. | **PARTIES' JOINT STATUS UPDATE** |
| David Shinn, et al. | |
| Defendants. | **This is a capital case.   Execution was carried out at 10 a.m. on June 8, 2022** |

The parties provide the following, in response to this Court's order for a status update [Doc. 42]:

As this Court is aware, Mr. Atwood was executed on June 8, 2022. Therefore, any

substantive issues remaining in the case have been mooted. The only issue remining is Plaintiff's counsel's intent to file a fee petition. Defendants' counsel reserves the right to oppose any fee request but does not object to the filing of a fee petition.

Respectfully submitted, this the 17th day of June, 2022,

/s *Joseph J. Perkovich*
JOSEPH J. PERKOVICH

AMY P. KNIGHT

DAVID A. LANE
CO Bar No. 16422
REID ALLISON
CO Bar No. 52754
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
Tel: (303) 571-1000
dlane@ln-law.com
rallison@kln-law.com