# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>　　　　Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>　　　　Defendants. | No. CV-22-00625-PHX-JAT (JZB)<br><br>**ORDER** |

　　　　Pursuant to the status report filed on June 17, 2022, the matter will be dismissed as moot. Counsel for Plaintiff may file a motion for attorneys' fees pursuant to Local Rule of Civil Procedure 54.2(b).

　　　　**IT IS THEREFORE ORDERED** that this action is dismissed as moot and the Clerk of Court must enter judgment accordingly.

　　　　**IT IS FURTHER ORDERED** that counsel for Plaintiff may file a motion for attorneys' fees pursuant to Local Rule of Civil Procedure 54.2(b).

　　　　Dated this 22nd day of June, 2022.

James A. Teilborg
Senior United States District Judge