IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Jarvis Atwood,<br><br>       Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>       Defendants. | NO. CV-22-00625-PHX-JAT (JZB)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed June 22, 2022, this action is hereby dismissed as moot.

Debra D. Lucas<br>District Court Executive/Clerk of Court

June 22, 2022

By    s/ L. Dixon<br>        Deputy Clerk